1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  JOSEPH A. LIEBMAN
   Nevada Bar No. 10125
3  JOSHUA P. GILMORE
   Nevada Bar No. 11576
4  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
5  Las Vegas, Nevada 89148-1302
   Telephone: 702.562.8820
6  Facsimile: 702.562.8821
   DKennedy@BaileyKennedy.com
7  JLiebman@BaileyKennedy.com
   JGilmore@BaileyKennedy.com
8
   *Attorneys for Defendants/Counterclaimants*
9

10              UNITED STATES DISTRICT COURT
11                  DISTRICT OF NEVADA

12

13  ALLSTATE INSURANCE COMPANY,
    ALLSTATE PROPERTY & CASUALTY
    INSURANCE COMPANY, ALLSTATE        Case No.  2:15-cv-02265-MMD-CWH
14  INDEMNITY COMPANY, and ALLSTATE
    FIRE & CASUALTY INSURANCE          **STIPULATION AND ORDER TO**
15  COMPANY,                           **EXTEND DEADLINE FOR**
                                       **DEFENDANTS' REPLIES IN**
16                      Plaintiffs,    **SUPPORT OF THEIR MOTIONS FOR**
                                       **SANCTIONS, TO DISQUALIFY**
17         vs.                         **PLAINTIFFS' COUNSEL, FOR**
                                       **INJUNCTIVE RELIEF, AND/OR FOR**
18  MARJORIE BELSKY, MD, MARIO         **OTHER APPROPRIATE RELIEF**
    TARQUINO, MD, MARJORIE BELSKY, MD,
19  INC. doing business as, INTEGRATED PAIN  **(Second Request)**
    SPECIALISTS, and MARIO TARQUINO, MD,
20  INC., DOES 1-100 and ROES 101-200,

21                      Defendants.

22  _____

23  AND RELATED CLAIMS.

24

25

26

27

28

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively, the "Allstate Parties"), and Defendants/Counterclaimants MARJORIE BELSKY, M.D., MARIO TARQUINO, M.D., MARJORIE BELSKY, M.D., INC. d/b/a INTEGRATED PAIN SPECIALISTS, and MARIO TARQUINO, M.D., INC. (collectively, the "Belsky/Tarquino Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1.      On April 6, 2017, the Belsky/Tarquino Parties filed their Motions for Sanctions, to Disqualify Plaintiffs' Counsel, for Injunctive Relief, and/or for Other Appropriate Relief [ECF Nos. 107, 112, and 113] (collectively, the "Motions").

2.      On May 1, 2017, following an extension of time to oppose the Motions [ECF No. 129], the Allstate Parties filed their Oppositions to the Motions [ECF Nos. 131 and 137-138].

3.      The Belsky/Tarquino Parties presently have until May 22, 2017, to file their Replies in Support of the Motions [ECF No. 149].

4.      On May 16, 2017, the Belsky/Tarquino Parties filed their Motion for Federal Rule of Civil Procedure 16 Status Conference [ECF No. 156] (the "Motion for Rule 16 Conference").

5.      The Motion for Rule 16 Conference is presently set for hearing on June 8, 2017, at 3:00 PM [ECF No. 160].

6.      Because the outcome of the Motion for Rule 16 Conference may impact the Belsky/ Tarquino Parties' Replies in Support of the Motions, and in lieu of the Belsky/Tarquino Parties potentially asking for leave to file Surreplies following the June 8, 2017 hearing on the Motion for Rule 16 Conference, the Belsky/Tarquino Parties shall now have up to and including June 22, 2017 to file their Replies in Support of the Motions.

/ / /

/ / /

7.      This is the second stipulation to extend the deadline to file the Replies in Support of the Motions.  This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

DATED this 22nd day of May, 2017.

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE
PLLC

By:    /s/ Eron Z. Cannon
        ERON Z. CANNON
        701 Fifth Avenue, Suite 4750
        Seattle, WA 98104

        JARED P. GREEN
        McCORMICK, BARSTOW,
        SHEPPARD, WAYTE & CARRUTH
        LLP
        8337 West Sunset Road, Suite 350
        Las Vegas, NV 89113

*Attorneys for Plaintiffs/Counterdefendants*

DATED this 22nd day of May, 2017.

BAILEY❖KENNEDY

By:    /s/ Joshua P. Gilmore
        DENNIS L. KENNEDY
        JOSEPH A. LIEBMAN
        JOSHUA P. GILMORE
        8984 Spanish Ridge Avenue
        Las Vegas, NV 89148

*Attorneys for Defendants/Counterclaimants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 23, 2017

BAILEY❖KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
702.562.8820