# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al, | Case No. 2:15-cv-02265-MMD-CWH |
| Plaintiffs, | |
| v. | |
| MARJORIE BELSKY, MD, et al, | **ORDER** |
| Defendants. | |

Presently before the Court is Plaintiffs' exhibit A attached to its declaration (ECF No. 132) in support of its response (ECF No. 131) to Defendants' motion for sanctions (ECF No. 107), submitted on May 1, 2017 for *in camera* review.

Plaintiffs' submission consists of a transcript of an interview with Debe Dunie, along with a number of e-mails and attachments. Upon review, Plaintiffs make no request of the Court regarding these documents, nor do they argue for their exclusion from this case. The Court will therefore order that Plaintiffs turn over these documents to Defendants as soon as possible.

A hearing is currently scheduled on Defendants' motion for a status conference regarding these documents (ECF No. 156). In light of the Court's order above, it appears that the motion is moot. Unless the parties notify the Court of a continued need to hold the hearing by the June 5, 2017, the hearing will be terminated.

//
//
//
//
//
//
//

IT IS THEREFORE ORDERED that Plaintiffs shall provide to Defendants the documents provided to the Court for *in camera* inspection no later than June 7, 2017.

IT IS FURTHER ORDERED that if either party believes the hearing currently scheduled for June 8, 2017 is still necessary, they shall notify the Court by June 5, 2017.

DATED: May 31, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge