1 | DYLAN P. TODD
Nevada Bar No. 10456
2 | TODD W. BAXTER
Admitted Pro Hac Vice
3 | McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
4 | 8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
5 | Telephone: (702) 949-1100
Facsimile: (702) 949-1101
6 | *dylan.todd@mccormickbarstow.com*
*todd.baxter@mccormickbarstow.com*
7 |

8 | ERON Z. CANNON
Nevada Bar No. 8013
9 | FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
10 | 701 5th Avenue #4750
Seattle, Washington 98104
11 | Telephone: (206) 749-0094
Facsimile: (206) 749-0194
12 | *eron@favros.com*

13 | Attorneys for Plaintiffs

14 | **UNITED STATES DISTRICT COURT**

15 | **DISTRICT OF NEVADA**

| | |
|---|---|
| 16 ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY 17 INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE 18 FIRE & CASUALTY INSURANCE COMPANY, | CASE NO.    2:15-cv-2265-MMD-CWH |
| 19           Plaintiffs, 20       v. | **STIPULATION AND ORDER TO EXTEND DEADLINE REGARDING PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES RELATED TO THEIR MOTION TO COMPEL PLAINTIFFS' COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)(A)(III)** |
| 21 MARJORIE BELSKY, MD; MARIO 22 TARQUINO, MD; MARJORIE BELSKY, MD, INC., doing business as INTEGRATED 23 PAIN SPECIALISTS; and MARIO TARQUINO, MD, INC., DOES 1-100, and 24 ROES 101-200, | |
| 25           Defendants. | **(First Request)** |
| 26 | |
| AND RELATED CLAIMS 27 | |

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

STIPULATION AND ORDER TO EXTEND DEADLINE REGARDING PLAINTIFFS' RESPONSE TO
DEFENDANTS' MOTION FOR ATTORNEYS' FEES RELATED TO THEIR MOTION TO COMPEL
PLAINTIFFS' COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)(A)(III)

**STIPULATION AND ORDER TO EXTEND DEADLINE REGARDING
PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES
RELATED TO THEIR MOTION TO COMPEL PLAINTIFFS' COMPLIANCE WITH
FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)(A)(III)**

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively, the "Allstate Parties"), and Defendants/Counterclaimants MARJORIE BELSKY, M.D., MARIO TARQUINO, M.D., MARJORIE BELSKY, M.D., INC. d/b/a INTEGRATED PAIN SPECIALISTS, and MARIO TARQUINO, M.D., INC. (collectively, the "Belsky/Tarquino Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1.      On November 9, 2017, the Belsky/Tarquino Parties filed their Motion for Attorneys' Fees Related to Their Motion to Compel Plaintiffs' Compliance with Federal Rule of Civil Procedure 26(A)(1)(A)(III) [ECF No. 234] (the "Fee Motion");

2.      Per court rules, the deadline for the Allstate Parties' response to the Fee Motion is Friday, November 24, 2017;

3.      Due to the fact that the deadline falls during the week of Thanksgiving, the Allstate Parties shall have an extension of one (1) week, until Friday, December 1, 2017 to respond to the Belsky/Tarquino Parties' Fee Motion; and

///
///
///
///
///
///
///
///
///
///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

1    4.    This is the first stipulation to extend the deadline to file the response to the Fee Motion.

2  This stipulation is made in good faith and not to delay the proceedings.

3    IT IS SO STIPULATED.

4

5  Dated: November ___, 2017                  Dated: November ___, 2017

6    McCORMICK, BARSTOW, SHEPPARD,                  BAILEY KENNEDY
7    WAYTE & CARRUTH LLP

8

9  By: /s/ Dylan P. Todd                      By: /s/ Joshua P. Gilmore
10    DYLAN P. TODD, ESQ.                          DENNIS L. KENNEDY, ESQ.
      Nevada Bar No. 10456                         Nevada Bar No. 1462
11    TODD W. BAXTER, ESQ.                         JOSEPH A. LIEBMAN, ESQ.
      Admitted Pro Hac Vice                        Nevada Bar No. 10125
12    8337 West Sunset Road, Suite 350             JOSHUA P. GILMORE, ESQ.
      Las Vegas, Nevada 89113                      Nevada Bar No. 11576
13                                                 8984 Spanish Ridge Avenue
      ERON Z. CANNON, ESQ.                         Las Vegas, Nevada 89148
14    Nevada Bar No. 8013                          Attorneys for Defendants/Counterclaimants
      FAIN ANDERSON VANDERHOEF
15    ROSENDAHL O'HALLORAN
      SPILLANE, PLLC
16    701 Fifth Avenue, Suite 4750
17    Seattle, Washington 98104
      Attorneys for Plaintiffs/Counterdefendants

18

19                                **ORDER**

20    IT IS SO ORDERED.

21    DATED this _ November 15 _____, 2017.

22

23

24    _____
      UNITED STATES MAGISTRATE JUDGE

25

26

27

28

STIPULATION AND ORDER REGARDING DEFENDANTS' MOTION FOR ATTORNEYS' FEES RELATED TO
PLAINTIFFS' COMPLIANCE WITH PROCEDURE 26(A)(1)(A)(III)

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November, 2017, a true and correct copy of **STIPULATION AND ORDER TO EXTEND DEADLINE REGARDING PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES RELATED TO THEIR MOTION TO COMPEL PLAINTIFFS' COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)(A)(III)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

Dennis Kennedy, Esq.
Josh Gilmore, Esq.
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
(702) 562-8820 Tel
(702) 562-8821 Fax
jgilmore@baileykennedy.com

By _____
    Tricia A. Dorner, an Employee of
    MCCORMICK, BARSTOW, SHEPPARD,
    WAYTE & CARRUTH LLP

03246-01560 4807910.1

STIPULATION AND ORDER REGARDING DEFENDANTS' MOTION FOR ATTORNEYS' FEES RELATED TO PLAINTIFFS' COMPLIANCE WITH PROCEDURE 26(A)(1)(A)(III)

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113