DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JOSHUA P. GILMORE
Nevada Bar No. 11576
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com

*Attorneys for Defendants/Counterclaimants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>MARJORIE BELSKY, MD, MARIO TARQUINO, MD, MARJORIE BELSKY, MD, INC. doing business as, INTEGRATED PAIN SPECIALISTS, and MARIO TARQUINO, MD, INC., DOES 1-100 and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No. 2:15-cv-02265-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR THE FILING OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively, the "Allstate Parties"), and Defendants/Counterclaimants MARJORIE BELSKY, M.D., MARIO TARQUINO, M.D., MARJORIE BELSKY, M.D., INC. d/b/a INTEGRATED PAIN SPECIALISTS, and MARIO TARQUINO, M.D., INC. (collectively, the "Belsky/Tarquino Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On October 17, 2017, the Belsky/Tarquino Parties filed their Motion for Summary Judgment (Hearing Requested) [ECF No. 222] (the "Motion");

2. On November 22, 2017, the Allstate Parties filed their Opposition to the Motion [ECF No. 242];

3. Pursuant to the October 30, 2017 Order [ECF No. 228], the Belsky/Tarquino Parties presently have until December 8, 2017 to file their Reply in Support of the Motion;

4. In order to accommodate scheduling conflicts for the Belsky/Tarquino Parties' counsel, and due to ongoing efforts by the Belsky/Tarquino Parties related to reviewing the Allstate Parties' supplemental discovery responses, the Belsky/Tarquino Parties shall now have up to and including December 22, 2017 to file their Reply in Support of the Motion; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5. This is the second stipulation for an extension of time to file the Reply in Support of the Motion. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 6th day of December, 2017.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Dylan P. Todd*
DYLAN P. TODD
TODD W. BAXTER
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

ERON Z. CANNON
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN
SPILLANE PLLC
701 Fifth Avenue, Suite 4750
Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*

DATED this 6th day of December, 2017.

BAILEY❖KENNEDY

By: */s/ Joshua P. Gilmore*
DENNIS L. KENNEDY
JOSEPH A. LIEBMAN
JOSHUA P. GILMORE
8984 Spanish Ridge Avenue
Las Vegas, NV 89148

*Attorneys for Defendants/Counterclaimants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 6, 2017