DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JOSHUA P. GILMORE
Nevada Bar No. 11576
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com

*Attorneys for Defendants/Counterclaimants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ALLSTATE INSURANCE COMPANY,
ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY, ALLSTATE
INDEMNITY COMPANY, and ALLSTATE
FIRE & CASUALTY INSURANCE
COMPANY,

               Plaintiffs,

      vs.

MARJORIE BELSKY, MD, MARIO
TARQUINO, MD, MARJORIE BELSKY, MD,
INC. doing business as, INTEGRATED PAIN
SPECIALISTS, and MARIO TARQUINO, MD,
INC., DOES 1-100 and ROES 101-200,

               Defendants.

AND RELATED CLAIMS.

Case No.  2:15-cv-02265-MMD-CWH

**STIPULATION AND ORDER TO
EXTEND DEADLINE FOR THE
FILING OF DEFENDANTS' REPLY IN
SUPPORT OF THEIR MOTION FOR
ATTORNEYS' FEES**

**(First Request)**

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1    Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE

2 PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY,

3 and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively, the "Allstate

4 Parties"), and Defendants/Counterclaimants MARJORIE BELSKY, M.D., MARIO TARQUINO,

5 M.D., MARJORIE BELSKY, M.D., INC. d/b/a INTEGRATED PAIN SPECIALISTS, and MARIO

6 TARQUINO, M.D., INC. (collectively, the "Belsky/Tarquino Parties"), by and through their

7 respective attorneys of record, stipulate and agree as follows:

8    1.    On November 9, 2017, the Belsky/Tarquino Parties filed their Motion for Attorneys'

9 Fees Related to Their Motion to Compel Plaintiffs' Compliance with Federal Rule of Civil

10 Procedure 26(a)(1)(A)(III) [ECF No. 234] (the "Fee Motion");

11   2.    On December 1, 2017, the Allstate Parties filed their Opposition to the Fee Motion

12 [ECF No. 244];

13   3.    Pursuant to court rules, the Belsky/Tarquino Parties presently have until December 8,

14 2017 to file their Reply in Support of the Fee Motion;

15   4.    In order to accommodate scheduling conflicts for the Belsky/Tarquino Parties'

16 counsel, and due to ongoing efforts by the Belsky/Tarquino Parties related to reviewing the Allstate

17 Parties' supplemental discovery responses, the Belsky/Tarquino Parties shall now have up to and

18 including December 22, 2017 to file their Reply in Support of the Motion; and

19

20 / / /

21

22 / / /

23

24 / / /

25

26 / / /

27

28 / / /

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1       5.     This is the first stipulation for an extension of time to file the Reply in Support of the

2  Fee Motion.  This stipulation is made in good faith and not to delay the proceedings.

3       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4  DATED this 6th day of December, 2017.     DATED this 6th day of December, 2017.

5  McCORMICK, BARSTOW, SHEPPARD,     BAILEY❖KENNEDY
   WAYTE & CARRUTH LLP

6       By:   */s/ Joshua P. Gilmore*

7  By:   */s/ Dylan P. Todd*     DENNIS L. KENNEDY
       DYLAN P. TODD     JOSEPH A. LIEBMAN

8         TODD W. BAXTER     JOSHUA P. GILMORE
       8337 West Sunset Road, Suite 350     8984 Spanish Ridge Avenue

9         Las Vegas, NV 89113     Las Vegas, NV 89148

10         ERON Z. CANNON     *Attorneys for Defendants/Counterclaimants*
       FAIN ANDERSON VANDERHOEF

11         ROSENDAHL O'HALLORAN
       SPILLANE PLLC

12         701 Fifth Avenue, Suite 4750
       Seattle, WA 98104

13

14  *Attorneys for Plaintiffs/Counterdefendants*

15  IT IS SO ORDERED.

16

17  DATED:  12/12/17

18

19  _____

20  C.W. HOFFMAN, JR.
   UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28