1 | DYLAN P. TODD, ESQ.
Nevada Bar No. 10456
2 | RENEE M. MAXFIELD, ESQ.
Nevada Bar No. 12814
3 | TODD W. BAXTER, ESQ.
*Admitted Pro Hac Vice*
4 | McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
5 | 8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
6 | Telephone: (702) 949-1100
Facsimile: (702) 949-1101
7 | *dylan.todd@mccormickbarstow.com*
*renee.maxfield@mccormickbarstow.com*
8 | *todd.baxter@mccormickbarstow.com*

9 | ERON Z. CANNON
Nevada Bar No. 8013
10 | FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
11 | 701 5th Avenue #4750
Seattle, Washington 98104
12 | Telephone: (206) 749-0094
Facsimile: (206) 749-0194
13 | *eron@favros.com*

14 | Attorneys for Plaintiffs/Counterdefendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MARJORIE BELSKY, MD; MARIO TARQUINO, MD; MARJORIE BELSKY, MD, INC., doing business as INTEGRATED PAIN SPECIALISTS; and MARIO TARQUINO, MD, INC., DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-2265-MMD-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' OBJECTION [ECF NO. 270] TO U.S. MAGISTRATE JUDGE'S FEBRUARY 7, 2018 ORDER [ECF No. 263] DENYING DEFENDANTS' MOTION FOR SANCTIONS [ECF NO. 107] AND MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL [ECF NO. 112]** |

2:15-cv-2265-MMD-CWH

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' OBJECTION [ECF NO. 270] TO U.S. MAGISTRATE JUDGE'S FEBRUARY 7, 2018 ORDER [ECF No. 263] DENYING DEFENDANTS' MOTION FOR SANCTIONS [ECF NO. 107] AND MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL [ECF NO. 112]

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY COMPANY (collectively referred to as the "Allstate Parties"), and Defendants & Counterclaimants MARJORIE BELSKY, MD; MARIO TARQUINO, MD; MARJORIE BELSKY, MD, INC., doing business as INTEGRATED PAIN SPECIALISTS; and MARIO TARQUINO, MD, INC., (collectively referred to as the "Belsky/Tarquino Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On February 21, 2018, the Belsky/Tarquino Parties filed their Objection [ECF No. 270] to U.S. Magistrate Judge's February 7, 2018 Order [ECF No. 263] Denying Defendants' Motion for Sanctions [ECF No. 107] and Motion to Disqualify Plaintiffs' Counsel [ECF No. 112] ("Objection").

2. The Allstate Parties presently have until March 7, 2018 to file their response.

3. Due to the Allstate Parties counsel's work schedule during the weeks of February 26, 2018 and March 5, 2018, the Allstate Parties shall now have until March 16, 2018 to file their response.

4. This is the first stipulation for an extension of time to file a response to the Objection. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

Dated:_March 1, 2018.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Todd W. Baxter*
TODD W. BAXTER, ESQ.
*Admitted Pro Hac Vice*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113

ERON Z. CANNON, ESQ.
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
*Attorneys for Plaintiffs/Counterdefendants*

Dated:_March 1, 2018.

BAILEY KENNEDY

By: */s/ Joshua P. Gilmore*
DENNIS L. KENNEDY, ESQ.
Nevada Bar No. 1462
JOSEPH A. LIEBMAN, ESQ.
Nevada Bar No. 10125
JOSHUA P. GILMORE, ESQ.
Nevada Bar No. 11576
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Defendants & Counterclaimants*

# **ORDER**

IT IS SO ORDERED.

DATED this 1st day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE

3    2:15-cv-2265-MMD-CWH
STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' OBJECTION [ECF NO. 270] TO U.S. MAGISTRATE JUDGE'S FEB-RUARY 7, 2018 ORDER [ECF No. 263] DENYING DEFENDANTS' MOTION FOR SANCTIONS [ECF NO. 107] AND MOTION TO DISQUALIFY PLAINTIFF'S COUN-SEL [ECF NO. 112]

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2018, a true and correct copy of **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' OBJECTION TO U.S. MAGISTRATE JUDGE'S FEBRUARY 7, 2018 ORDER DENYING DEFENDANTS' MOTION FOR SANCTIONS AND MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL [ECF NO. 270]** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By */s/ Mary M. Schnee*
Mary M. Schnee, an Employee of
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

03246-01560 5008537.1