DYLAN P. TODD, ESQ.
Nevada Bar No. 10456
TODD W. BAXTER, ESQ.
*Admitted Pro Hac Vice*
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101
*dylan.todd@mccormickbarstow.com*
*todd.baxter@mccormickbarstow.com*

ERON Z. CANNON
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
701 5th Avenue #4750
Seattle, Washington  98104
Telephone: (206) 749-0094
Facsimile:  (206) 749-0194
*eron@favros.com*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

****

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> MARJORIE BELSKY, MD; MARIO TARQUINO, MD; MARJORIE BELSKY, MD, INC., doing business as INTEGRATED PAIN SPECIALISTS; and MARIO TARQUINO, MD, INC., DOES 1-100, and ROES 101-200, <br><br> Defendants. <br><br> AND RELATED CLAIMS | CASE NO.     2:15-cv-2265-MMD-CWH <br><br><br> **PLAINTIFF' MOTION FOR LEAVE TO FILE OVERSIZED BRIEF (RULE 11 MOTION)** |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2:15-cv-2265-MMD-CWH

PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERSIZED BRIEF (RULE 11 MOTION)

Plaintiffs ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively "Allstate") move this Court for leave to file, pursuant to LR 7-3, to file an oversized brief; specifically, Plaintiffs' Motion for Sanctions Pursuant to FRCP 11 that is 31 pages in length (excluding the cover page, the table of contents, the table of authorities, and the certificate of service).

This Motion is made and based on the papers and pleadings on files, the following Memorandum of Points and Authorities, the Declaration of Dylan P. Todd, attached as Exhibit 1, the proposed Motion for Sanctions attached hereto as Exhibit 2, and any argument heard by the Court.

DATED this 14th day of March, 2018

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By   /s/ Dylan P. Todd
Dylan P. Todd
Nevada Bar No. 10456
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Tel. (702) 949-1100

Attorneys for Plaintiffs

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2                    2:15-cv-2265-MMD-CWH
PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERSIZED BRIEF (RULE 11 MOTION)

## MEMORANDUM OF POINTS AND AUTHORITIES

LR 7-3(b) provides in relevant part that all motions (except for motions for summary judgment) "are limited to 24 pages, excluding exhibits." A part may seek leave of Court to exceed that page limit "upon showing of good cause." LR 7-3(c).

On October 17, 2017 Defendants in this matter filed a 21 page Motion for Summary Judgment (ECF 222.). On November 10, 2017, counsel for Plaintiff provided the initial safe harbor letter, outlining the various Rule 11 violations, setting forth the legal and factual basis for why the summary judgment motion should be withdrawn in its entirety. Defendants refused. Following opposition, on December 22, 2017, Defendants doubled down by filing a 21 page Reply (ECF 252) which included additional violations of Rule 11 and Rules of Professional Conduct. Defendants continued to exacerbate the problem, on January 24, 2018, when they brought a 12 page Motion to Stay Discovery Pending Resolution of their Motion for Summary Judgment (ECF 258) in this case. As a consequence, the Court has been inundated with frivolous pleadings which Allstate now attempts to unravel.

Good cause exists to permit Allstate to file a Motion for Sanctions that exceeds 24 pages. (Ex. 1.) These motions brought by Defendants are replete with sanctionable conduct. Allstate has to address all aspects of these, detailing now authority on the issue of Rule 11 sanctions and the Court's inherent power to demonstrate that Defendants' filings with the court are frivolous, legally unreasonable, without factual foundation and were brought for an improper purpose.

Allstate deserves "a full and fair opportunity to present proper arguments" supporting their Motion for Sanctions against Defendants. *See Werbicky v. Green Tree Service, LLC.,* No 2:12-CV-01567-JAD-NJK, 2015 WL 1806857 at *5 (D. Nev. 2015).

Allstate has made all efforts to be concise, but important authority must be provided to the Court and despite all efforts to keep the response as short as possible, Allstate needs more than 24 pages to lay out the bases for its Motion for Sanctions stemming from Defendants' Motion for Summary Judgment and Motion to Stay Discovery.

///

///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

3

2:15-cv-2265-MMD-CWH

PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERSIZED BRIEF (RULE 11 MOTION)

For these reasons, Allstate request that the Court grant this motion. In accordance with LR 7-3(c), Allstate has added a table of contents and a table of authorities to their Motion for Sanctions.

DATED this 14th day of March, 2018

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By  /s/ Dylan P. Todd
Dylan P. Todd
Nevada Bar No. 10456
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Tel. (702) 949-1100

Attorneys for Plaintiffs/Counterdefendants

IT IS SO ORDERED.

DATED: March 15, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERSIZED BRIEF (RULE 11 MOTION)

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
6337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2018, a true and correct copy of **PLAINTIFF'**

**MOTION FOR LEAVE TO FILE OVERSIZED BRIEF (RULE 11 MOTION)** was served via the

United States District Court CM/ECF system on all parties or persons requiring notice.

Dennis Kennedy, Esq.
Josh Gilmore, Esq.
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
(702) 562-8820 Tel
(702) 562-8821 Fax
jgilmore@baileykennedy.com

By ___/s/ Tricia A. Dorner_____
Tricia A. Dorner, an Employee of
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

03246-01560 5034339.1

5

2:15-cv-2265-MMD-CWH

PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERSIZED BRIEF (RULE 11 MOTION)