1   DENNIS L. KENNEDY
    Nevada Bar No. 1462
2   JOSEPH A. LIEBMAN
    Nevada Bar No. 10125
3   JOSHUA P. GILMORE
    Nevada Bar No. 11576
4   **BAILEY❖KENNEDY**
    8984 Spanish Ridge Avenue
5   Las Vegas, Nevada 89148-1302
    Telephone: 702.562.8820
6   Facsimile: 702.562.8821
    DKennedy@BaileyKennedy.com
7   JLiebman@BaileyKennedy.com
    JGilmore@BaileyKennedy.com
8
    *Attorneys for Defendants/Counterclaimants*
9
10              UNITED STATES DISTRICT COURT
                     DISTRICT OF NEVADA
11
12  ALLSTATE INSURANCE COMPANY,
    ALLSTATE PROPERTY & CASUALTY
13  INSURANCE COMPANY, ALLSTATE          Case No.  2:15-cv-02265-MMD-CWH
    INDEMNITY COMPANY, and ALLSTATE
14  FIRE & CASUALTY INSURANCE
    COMPANY,                             **STIPULATION AND ORDER TO
15                                       EXTEND DEADLINE FOR
                        Plaintiffs,      DEFENDANTS' OPPOSITION TO
16                                       PLAINTIFFS' MOTION FOR
               vs.                       SANCTIONS PURSUANT TO FRCP 11**
17
18  MARJORIE BELSKY, MD, MARIO
    TARQUINO, MD, MARJORIE BELSKY, MD,
19  INC. doing business as, INTEGRATED PAIN
    SPECIALISTS, and MARIO TARQUINO, MD,
20  INC., DOES 1-100 and ROES 101-200,
21                      Defendants.
22  ─────────────────────────────
    AND RELATED CLAIMS.
23
24
25
26
27
28

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively, the "Allstate Parties"), and Defendants/Counterclaimants MARJORIE BELSKY, M.D., MARIO TARQUINO, M.D., MARJORIE BELSKY, M.D., INC. d/b/a INTEGRATED PAIN SPECIALISTS, and MARIO TARQUINO, M.D., INC. (collectively, the "Belsky/Tarquino Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On March 16, 2018, the Allstate Parties filed their Motion for Sanctions Pursuant to FRCP 11 [ECF No. 285] (the "Motion");

2. The Belsky/Tarquino Parties presently have until March 30, 2018 to file their Opposition to the Motion. In order to fully address the issues presented, and due to scheduling conflicts for the Belsky/Tarquino Parties' counsel, including the fact that a member of the Belsky/Tarquino Parties' counsel will be out of town from March 30, 2018 until April 7, 2018, the Belsky/Tarquino Parties shall now have up to and including April 13, 2018 to file their Opposition to the Motion; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    3.    This is the first stipulation to extend the deadline to file the Opposition to the Motion.

2    This stipulation is made in good faith and not to delay the proceedings.

3    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4    DATED this 27th day of March, 2018.          DATED this 27th day of March, 2018.

5    McCORMICK, BARSTOW, SHEPPARD,          BAILEY❖KENNEDY
     WAYTE & CARRUTH LLP
6                                            By:  /s/ Joshua P. Gilmore
7    By:  /s/ Todd W. Baxter                       DENNIS L. KENNEDY
          DYLAN P. TODD                            JOSEPH A. LIEBMAN
8         TODD W. BAXTER                           JOSHUA P. GILMORE
          8337 West Sunset Road, Suite 350         8984 Spanish Ridge Avenue
9         Las Vegas, NV 89113                      Las Vegas, NV 89148

10        ERON Z. CANNON                      Attorneys for Defendants/Counterclaimants
          FAIN ANDERSON VANDERHOEF
11        ROSENDAHL O'HALLORAN
          SPILLANE PLLC
12        701 Fifth Avenue, Suite 4750
          Seattle, WA 98104
13
14   Attorneys for Plaintiffs/Counterdefendants

15        IT IS SO ORDERED.

16                                           _____
17                                           UNITED STATES MAGISTRATE JUDGE

18                                           DATED: March 28, 2018

19

20

21

22

23

24

25

26

27

28