1 | DYLAN P. TODD, ESQ.
Nevada Bar No. 10456
2 | TODD W. BAXTER, ESQ.
*Admitted Pro Hac Vice*
3 | McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
4 | 8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
5 | Telephone: (702) 949-1100
Facsimile: (702) 949-1101
6 | *dylan.todd@mccormickbarstow.com*
*renee.maxfield@mccormickbarstow.com*
7 | *todd.baxter@mccormickbarstow.com*

8 | ERON Z. CANNON
Nevada Bar No. 8013
9 | FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
10 | 701 5th Avenue #4750
Seattle, Washington 98104
11 | Telephone: (206) 749-0094
Facsimile: (206) 749-0194
12 | *eron@favros.com*

13 | Attorneys for Plaintiffs/Counterdefendants

14 | **UNITED STATES DISTRICT COURT**

15 | **DISTRICT OF NEVADA**

16 | ALLSTATE INSURANCE COMPANY,     CASE NO.     2:15-cv-2265-MMD-CWH
ALLSTATE PROPERTY & CASUALTY
17 | INSURANCE COMPANY, ALLSTATE
INDEMNITY COMPANY, and ALLSTATE
18 | FIRE & CASUALTY INSURANCE
COMPANY,
19 |        **STIPULATION FOR EXTENSION OF**
      Plaintiffs,       **TIME FOR PLAINTIFFS TO RESPOND**
20 |        **TO [297] DEFENDANTS' RESPONSE TO**
    v.        **[294] RENEWED MOTION FOR**
21 |        **ATTORNEYS FEES**
MARJORIE BELSKY, MD; MARIO
22 | TARQUINO, MD; MARJORIE BELSKY,
MD, INC., doing business as INTEGRATED
23 | PAIN SPECIALISTS; and MARIO
TARQUINO, MD, INC., DOES 1-100, and
24 | ROES 101-200,

25 |       Defendants.

26 | AND RELATED CLAIMS

27 |

28 |                                             2:15-cv-2265-MMD-CWH

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO [297] DEFENDANTS'
RESPONSE TO [294] RENEWED MOTION FOR ATTORNEYS FEES

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY COMPANY (collectively referred to as the "Allstate Parties"), and Defendants & Counterclaimants MARJORIE BELSKY, MD; MARIO TARQUINO, MD; MARJORIE BELSKY, MD, INC., doing business as INTEGRATED PAIN SPECIALISTS; and MARIO TARQUINO, MD, INC., (collectively referred to as the "Belsky/Tarquino Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.      On April 4, 2018, the Allstate Parties filed their Renewed Motion for Attorneys' Fees [ECF No. 294] (the "Motion").

2.      On April 18, 2018, the Belsky/Tarquino Parties filed their Response to the Motion [ECF No. 297] (the "Response").

3.      The Allstate Parties presently have until April 25, 2018 to file their Reply to the Response to the Motion. Due to the Allstate Parties' counsel's preparation for a May 3, 2018 trial in an unrelated matter, the Allstate Parties shall now have until May 2, 2018 to file their Reply to the Response to the Motion.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO [297] DEFENDANTS' RESPONSE TO [294] RENEWED MOTION FOR ATTORNEYS FEES**

4.    This is the first stipulation for an extension of time to file the Reply to the Response to the Motion.  This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

Dated:_April 24, 2018.                              Dated:_April 24, 2018.

McCORMICK, BARSTOW, SHEPPARD,                              BAILEY KENNEDY
WAYTE & CARRUTH LLP

By:_____/s/ Dylan P. Todd_____          By:_____/s/ Joshua P. Gilmore_____
DYLAN P. TODD, ESQ.                              DENNIS L. KENNEDY, ESQ.
Nevada Bar No. 10456                              Nevada Bar No. 1462
McCORMICK, BARSTOW, SHEPPARD,                              JOSHUA P. GILMORE, ESQ.
WAYTE & CARRUTH LLP                              Nevada Bar No. 11576
8337 West Sunset Road, Suite 350                              8984 Spanish Ridge Avenue
Las Vegas, NV 89113                              Las Vegas, Nevada 89148
*Attorneys for Plaintiffs/Counterdefendants*                              *Attorneys for Defendants &*
                              *Counterclaimants*

## ORDER

IT IS SO ORDERED.

DATED this 25th day of April, 2018.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO [297] DEFENDANTS'
RESPONSE TO [294] RENEWED MOTION FOR ATTORNEYS FEES

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on this 29th day of April, 2018, a true and correct copy of

3  **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO [297]**

4  **DEFENDANTS' RESPONSE TO [294] RENEWED MOTION FOR ATTORNEYS FEES** was

5  served via the United States District Court CM/ECF system on all parties or persons requiring notice.

6

7

8             By _____

9                  Tricia Dorner, an Employee of
                  MCCORMICK,      BARSTOW,      SHEPPARD,

10              WAYTE & CARRUTH LLP

11

12

13  03246-01560 5098121.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4                          2:15-cv-2265-MMD-CWH

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO [297] DEFENDANTS'**
**RESPONSE TO [294] RENEWED MOTION FOR ATTORNEYS FEES**