DYLAN P. TODD, ESQ.
Nevada Bar No. 10456
RENEE M. MAXFIELD, ESQ.
Nevada Bar No. 12814
TODD W. BAXTER, ESQ.
*Admitted Pro Hac Vice*
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone:     (702) 949-1100
Facsimile:      (702) 949-1101
*dylan.todd@mccormickbarstow.com*
*renee.maxfield@mccormickbarstow.com*
*todd.baxter@mccormickbarstow.com*

ERON Z. CANNON
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
701 5th Avenue #4750
Seattle, Washington  98104
Telephone: (206) 749-0094
Facsimile: (206) 749-0194
*eron@favros.com*

Attorneys for Plaintiffs/Counterdefendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARJORIE BELSKY, MD; MARIO TARQUINO, MD; MARJORIE BELSKY, MD, INC., doing business as INTEGRATED PAIN SPECIALISTS; and MARIO TARQUINO, MD, INC., DOES 1-100, and ROES 101-200,<br><br>    Defendants.<br><br>AND RELATED CLAIMS | CASE NO.  2:15-cv-2265-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' REPLY TO RESPONSE TO PLAINTIFFS' MOTION FOR SANCTIONS PURSUANT TO FRCP 11** |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2:15-cv-2265-MMD-CWH

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' REPLY TO OPPOSITION TO
PLAINTIFFS' MOTION FOR SANCTIONS PURSUANT TO FRCP 11

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively, the "Allstate Parties"), and Defendants/Counterclaimants MARJORIE BELSKY, M.D., MARIO TARQUINO, M.D., MARJORIE BELSKY, M.D., INC. d/b/a INTEGRATED PAIN SPECIALISTS, and MARIO TARQUINO, M.D., INC. (collectively, the "Belsky/Tarquino Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On March 16, 2018, the Allstate Parties filed their Motion for Sanctions Pursuant to FRCP 11 [ECF No. 285] (the "Motion");

2. Following two stipulated extensions of time for the Belsky/Tarquino Parties to file a Response, on April 20, 2018, the Belsky/Tarquino Parties filed their Response to Plaintiffs' Motion for Sanctions Pursuant to FRCP 11; Defendants' Counter-Request for Attorney's Fees and Costs [ECF No. 298] (the "Response");

3. The Allstate Parties presently have until April 27, 2018 to file their Reply to the Response to the Motion;

4. In order to fully address the issues presented, and due to additional scheduling conflicts for the Allstate Parties' counsel, the Allstate Parties shall now have up to and including May 11, 2018 to file their Reply to the Response to the Motion; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2:15-cv-2265-MMD-CWH

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' REPLY TO OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS PURSUANT TO FRCP 11

5. This is the first stipulation to extend the deadline to file the Opposition to the Motion. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 26th day of April, 2018.      DATED this 26th day of April, 2018.

McCORMICK, BARSTOW, SHEPPARD,     BAILEY❖KENNEDY
WAYTE & CARRUTH LLP

By:   /s/ Todd W. Baxter          By:   /s/ Joshua P. Gilmore
      DYLAN P. TODD                DENNIS L. KENNEDY
      TODD W. BAXTER              JOSEPH A. LIEBMAN
      8337 West Sunset Road, Suite 350     JOSHUA P. GILMORE
      Las Vegas, NV 89113             8984 Spanish Ridge Avenue
                                   Las Vegas, NV 89148
      ERON Z. CANNON
      FAIN ANDERSON VANDERHOEF   *Attorneys for Defendants/Counterclaimants*
      ROSENDAHL O'HALLORAN
      SPILLANE PLLC
      701 Fifth Avenue, Suite 4750
      Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

May 1, 2018
DATED:_____

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' REPLY TO OPPOSITION TO
PLAINTIFFS' MOTION FOR SANCTIONS PURSUANT TO FRCP 11

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2018, a true and correct copy of **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' REPLY TO OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS PURSUANT TO FRCP 11** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

Dennis L. Kennedy, Esq.                    *Attorneys for Defendants/Counterclaimants*
Joseph A. Liebman, Esq.
Joshua P. Gilmore, Esq.
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
Telephone:     (702) 562-8820
Facsimile:     (702) 562-8821
*jgilmore@baileykennedy.com*


By    */s/ Mary M. Schnee*
        _____
        Mary M. Schnee, an Employee of
        MCCORMICK,    BARSTOW,    SHEPPARD,
        WAYTE & CARRUTH LLP

03246-01560 5102392.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

4                                          2:15-cv-2265-MMD-CWH
STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' REPLY TO OPPOSITION TO
PLAINTIFFS' MOTION FOR SANCTIONS PURSUANT TO FRCP 11