| | |
|---|---|
| 1 | DENNIS L. KENNEDY |
| | Nevada Bar No. 1462 |
| 2 | JOSEPH A. LIEBMAN |
| | Nevada Bar No. 10125 |
| 3 | JOSHUA P. GILMORE |
| | Nevada Bar No. 11576 |
| 4 | **BAILEY❖KENNEDY** |

DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JOSHUA P. GILMORE
Nevada Bar No. 11576
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com

*Attorneys for Defendants/Counterclaimants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>MARJORIE BELSKY, MD, MARIO TARQUINO, MD, MARJORIE BELSKY, MD, INC. doing business as, INTEGRATED PAIN SPECIALISTS, and MARIO TARQUINO, MD, INC., DOES 1-100 and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No. 2:15-cv-02265-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR (1) DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' RENEWED MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFFS' DEPOSITIONS OF DEFENDANTS MARJORIE BELSKY, M.D. AND MARIO TARQUINO, M.D. AND (2) DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO QUASH OR MODIFY SUBPOENAS AND FOR PROTECTIVE ORDER**<br><br>**(First Request)** |

Page **1** of **3**

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively, the "Allstate Parties"), and Defendants/Counterclaimants MARJORIE BELSKY, M.D., MARIO TARQUINO, M.D., MARJORIE BELSKY, M.D., INC. d/b/a INTEGRATED PAIN SPECIALISTS, and MARIO TARQUINO, M.D., INC. (collectively, the "Belsky/Tarquino Parties"), by and through their respective attorneys of record, stipulate and agree, pursuant to an agreement reached on June 14, 2018, as follows:

1. On May 29, 2018, the Belsky/Tarquino Parties filed their Renewed Motion for Protective Order Regarding Plaintiffs' Depositions of Defendants Marjorie Belsky, M.D. and Mario Tarquino, M.D. [ECF No. 312] (the "Motion for P.O.") and their Motion to Quash or Modify Subpoenas and for Protective Order [ECF No. 313] (the "Motion to Quash");

2. On June 12, 2018, the Allstate Parties filed their Response to the Motion for P.O. [ECF No. 318] and their Response to the Motion to Quash [ECF No. 319];

3. The Belsky/Tarquino Parties initially had until June 19, 2018 to file their Replies to the Responses to the Motion for P.O. and Motion to Quash;

4. Due to scheduling conflicts for the Belsky/Tarquino Parties' counsel, including their involvement in completing motions for summary judgment and motions *in limine* in an unrelated matter, the Belsky/Tarquino Parties shall now have up to and including June 29, 2018 to file their Replies to the Responses to the Motion for P.O. and Motion to Quash; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

5. This is the first stipulation to extend the deadline to file the Replies to the Responses to the Motion for P.O. and Motion to Quash. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 20th day of June, 2018.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Dylan P. Todd*
    DYLAN P. TODD
    TODD W. BAXTER
    8337 West Sunset Road, Suite 350
    Las Vegas, NV 89113

ERON Z. CANNON
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN
SPILLANE PLLC
701 Fifth Avenue, Suite 4750
Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*

DATED this 20th day of June, 2018.

BAILEY❖KENNEDY

By: */s/ Joshua P. Gilmore*
    DENNIS L. KENNEDY
    JOSEPH A. LIEBMAN
    JOSHUA P. GILMORE
    8984 Spanish Ridge Avenue
    Las Vegas, NV 89148

*Attorneys for Defendants/Counterclaimants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 21, 2018