# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MAJORIE BELSKY, MD, et al., <br><br> Defendants. | Case No. 2:15-cv-02265-MMD-CWH <br><br> **ORDER** |

Presently before the court is plaintiff's motion to compel the production of documents from Ralph A. Schwartz, PC (ECF No. 330), filed on August 7, 2018, and a motion to compel the production of documents from Nettles Law Firm (ECF No. 331), filed on August 10, 2018. Plaintiff moves the court to compel Nettles Law firm and the law firm of Ralph A. Schwartz to produce communications related to the treatments and payments for defendants' medical services. Given that plaintiffs move to compel documents from non-parties, plaintiffs must manually serve the respective motions (ECF Nos. 330, 331) on Nettles Law Firm and Ralph A. Schwartz by August 21, 2018 and file proof of service with the court.

IT IS THEREFORE ORDERED

DATED: August 16, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE