# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al., | Case No. 2:15-cv-02265-MMD-CWH |
| Plaintiffs, | **ORDER** |
| v. | |
| MAJORIE BELSKY, MD, et al., | |
| Defendants. | |

Presently before the court is plaintiff's motion to compel the production of documents from the Nevada State Board of Medical Examiners (ECF No. 342), filed on August 27, 2018. Plaintiff moves the court to compel the Nevada State Board of Medical Examiners ("BME") to produce the file for investigation case no. 15-16248. Given that BME is not a party to the litigation, plaintiffs must manually serve the motion to compel on BME by September 6, 2018 and file proof of service with the court.

IT IS SO ORDERED.

DATED: August 30, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE