1    DENNIS L. KENNEDY (NV Bar No. 1462)
JOSEPH A. LIEBMAN (NV Bar No. 10125)
2    JOSHUA P. GILMORE (NV Bar No. 11576)
ANDREA M. CHAMPION (NV Bar No. 13461)
3    **BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
4    Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
5    Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
6    JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com
7    AChampion@BaileyKennedy.com

8    PETER S. CHRISTIANSEN (NV Bar No. 5254)
R. TODD TERRY (NV Bar No. 6519)
9    KENDELEE L. WORKS (NV Bar No. 9611)
WHITNEY J. BARRETT (NV Bar No. 13662)
10   KEELY A. PERDUE (NV Bar No. 13931)
**CHRISTIANSEN LAW OFFICES**
11   810 S. Casino Center Boulevard, Suite 104
Las Vegas, Nevada 89101
12   Telephone: 702.240.7979
Facsimile: 866.412.6992
13   pete@christiansenlaw.com
tterry@christiansenlaw.com
14   kworks@christiansenlaw.com
wbarrett@christiansenlaw.com
15   keely@christiansenlaw.com

16   *Attorneys for Defendants/Counterclaimants*

17

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

18

| | |
|---|---|
| 19   ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE 20   INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE 21   COMPANY, | Case No. 2:15-cv-02265-MMD-CWH |
| 22          Plaintiffs, vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO FRCP 45 SUBPOENA TO NEVADA STATE BOARD OF MEDICAL EXAMINERS** |
| 23   MARJORIE BELSKY, MD, MARIO TARQUINO, MD, MARJORIE BELSKY, MD, 24   INC. doing business as, INTEGRATED PAIN SPECIALISTS, and MARIO TARQUINO, MD, 25   INC., DOES 1-100 and ROES 101-200, | |
| 26          Defendants. | **(First Request)** |
| 27   ——————————————— 28   AND RELATED CLAIMS. | |

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1    Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE

2  PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY,

3  and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively, the "Allstate

4  Parties"); Defendants/Counterclaimants MARJORIE BELSKY, M.D., MARIO TARQUINO, M.D.,

5  MARJORIE BELSKY, M.D., INC. d/b/a INTEGRATED PAIN SPECIALISTS, and MARIO

6  TARQUINO, M.D., INC. (collectively, the "Belsky/Tarquino Parties"); and non-party NEVADA

7  STATE BOARD OF MEDICAL EXAMINERS (the "Medical Board"), by and through their

8  respective counsel, stipulate and agree as follows:

9    1.    On August 27, 2018, the Allstate Parties filed their Motion to Compel Production of

10  Documents Pursuant to FRCP 45 Subpoena to Nevada State Board of Medical Examiners [ECF No.

11  342] (the "Motion");

12    2.    The Medical Board and the Belsky/Tarquino Parties presently have until September

13  10, 2018 to respond to the Motion;

14    3.    Due to scheduling conflicts for the Belsky/Tarquino Parties' counsel, and in order to

15  allow sufficient time for the Medical Board and the Belsky/Tarquino Parties to respond to the

16  Motion, the Medical Board and the Belsky/Tarquino Parties shall now have up to and including

17  September 21, 2018 to file their Responses to the Motion; and

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Page **2** of **3**

4.      This is the first stipulation to extend the deadline to file the Responses to the Motion. This stipulation is made in good faith and not to delay the proceedings.

       IT IS SO STIPULATED.

DATED this 6th day of September, 2018.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By:____/s/ Dylan P. Todd_____
       DYLAN P. TODD
       TODD W. BAXTER
       8337 West Sunset Road, Suite 350
       Las Vegas, NV 89113

       ERON Z. CANNON
       FAIN ANDERSON VANDERHOEF
       ROSENDAHL O'HALLORAN
       SPILLANE PLLC
       701 Fifth Avenue, Suite 4750
       Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*



DATED this 5th day of September, 2018.

NEVADA STATE BOARD OF MEDICAL EXAMINERS


By:_____
       ROBERT KILROY
       GENERAL COUNSEL
       9600 Gateway Drive
       Reno, NV 89521

*Attorney for Non-Party Nevada State Board of Medical Examiners*

       **IT IS SO ORDERED.**

DATED this 6th day of September, 2018.

BAILEY❖KENNEDY


By:____/s/ Joshua P. Gilmore_____
       DENNIS L. KENNEDY
       JOSEPH A. LIEBMAN
       JOSHUA P. GILMORE
       ANDREA M. CHAMPION
       8984 Spanish Ridge Avenue
       Las Vegas, NV 89148

-AND-

CHRISTIANSEN LAW OFFICES
       PETER S. CHRISTIANSEN
       R. TODD TERRY
       KENDELEE L. WORKS
       WHITNEY J. BARRETT
       KEELY A. PERDUE
       810 S. Casino Center Blvd., Suite 104
       Las Vegas, NV 89101

*Attorneys for Defendants/Counterclaimants*

_____
UNITED STATES MAGISTRATE JUDGE


DATED:_____

1        4.     This is the first stipulation to extend the deadline to file the Responses to the Motion.

2  This stipulation is made in good faith and not to delay the proceedings.

3        IT IS SO STIPULATED.

4  DATED this 5th day of September, 2018.    DATED this 5th day of September, 2018.

5  McCORMICK, BARSTOW, SHEPPARD,    BAILEY❖KENNEDY
    WAYTE & CARRUTH LLP

6                                                 By:_____

7  By:_____        DENNIS L. KENNEDY
            DYLAN P. TODD            JOSEPH A. LIEBMAN

8           TODD W. BAXTER           JOSHUA P. GILMORE
           8337 West Sunset Road, Suite 350    ANDREA M. CHAMPION

9           Las Vegas, NV 89113          8984 Spanish Ridge Avenue
                                      Las Vegas, NV 89148

10       ERON Z. CANNON           -AND-
           FAIN ANDERSON VANDERHOEF

11       ROSENDAHL O'HALLORAN     CHRISTIANSEN LAW OFFICES
           SPILLANE PLLC            PETER S. CHRISTIANSEN

12       701 Fifth Avenue, Suite 4750      R. TODD TERRY
           Seattle, WA 98104           KENDELEE L. WORKS

13                                          WHITNEY J. BARRETT
  *Attorneys for Plaintiffs/Counterdefendants*        KEELY A. PERDUE

14                                      810 S. Casino Center Blvd., Suite 104
                                    Las Vegas, NV 89101

15

16  DATED this 5th day of September, 2018.    *Attorneys for Defendants/Counterclaimants*

17  NEVADA STATE BOARD OF MEDICAL
    EXAMINERS

18

19  By:_____

20         ROBERT KILROY
         GENERAL COUNSEL

21        9600 Gateway Drive
         Reno, NV 89521

22  *Attorney for Non-Party Nevada State Board of*
  *Medical Examiners*

23

24    **IT IS SO ORDERED.**

25

26                        _____
                        UNITED STATES MAGISTRATE JUDGE

27                        DATED: September 10, 2018

28