1 DYLAN P. TODD, ESQ.
Nevada Bar No. 10456
2 TODD W. BAXTER, ESQ.
*Admitted Pro Hac Vice*
3 McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
4 8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
5 Telephone: (702) 949-1100
Facsimile: (702) 949-1101
6 *dylan.todd@mccormickbarstow.com*
*renee.maxfield@mccormickbarstow.com*
7 *todd.baxter@mccormickbarstow.com*

8 ERON Z. CANNON
Nevada Bar No. 8013
9 FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
10 701 5th Avenue #4750
Seattle, Washington 98104
11 Telephone: (206) 749-0094
Facsimile: (206) 749-0194
12 *eron@favros.com*

13 Attorneys for Plaintiffs/Counterdefendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MARJORIE BELSKY, MD; MARIO TARQUINO, MD; MARJORIE BELSKY, MD, INC., doing business as INTEGRATED PAIN SPECIALISTS; and MARIO TARQUINO, MD, INC., DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-2265-MMD-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLIES TO:**<br>**(1) DEFENDANTS' RESPONSE [ECF NO. 366] TO PLAINTIFFS' MOTION TO COMPEL [ECF NO. 342] AND;**<br>**(2) NEVADA STATE BOARD OF MEDICAL EXAMINERS' OPPOSITION [ECF NO. 372] TO PLAINTIFFS' MOTION TO COMPEL [ECF NO. 342]** |

2:15-cv-2265-MMD-CWH
**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLIES**
McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY COMPANY (collectively referred to as the "Allstate Parties"); Defendants/Counterclaimants MARJORIE BELSKY, MD; MARIO TARQUINO, MD; MARJORIE BELSKY, MD, INC., doing business as INTEGRATED PAIN SPECIALISTS; and MARIO TARQUINO, MD, INC., (collectively referred to as the "Belsky/Tarquino Parties"); and NON-PARTY NEVADA STATE BOARD OF MEDICAL EXAMINERS, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On August 27, 2018, Plaintiffs' filed their Motion to Compel Production of Documents Pursuant to FRCP 45 Subpoena to Nevada State Board of Medical Examiners [ECF No. 342].

2. Defendants filed their Response [ECF No. 366] and Countermotion for Protective Order [ECF No. 367] on September 21, 2018.

3. Non-Party Nevada State Board of Medical Examiners filed their Motion to Quash Subpoena, or Alternatively, Motion for Protective Order [ECF No. 364] on September 21, 2018 and its Opposition to Plaintiffs' Motion to Compel [ECF No. 372] on September 24, 2018.

3. The Allstate Parties presently have until September 28, 2018 to file their Reply to Defendants' Response, and have until October 1, 2018 to file their Reply to Non-Party Nevada State Board of Medical Examiners Opposition.

3. Pursuant to an agreement of the parties, the Allstate Parties will now have until October 5, 2018 to file their Replies in Support of their Motion to Compel.

4. This is the first stipulation for an extension of time to file replies to these Responses. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

///
///
///
///
///

| Dated: September 28, 2018. | Dated: September 28, 2018. |
|---|---|
| McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP | BAILEY KENNEDY |
| By */s/ Dylan P. Todd*<br>DYLAN P. TODD, ESQ.<br>Nevada Bar No. 10456<br>8337 West Sunset Road, Suite 350<br>Las Vegas, NV 89113<br>*Attorneys for Plaintiffs/ Counterdefendants* | By: */s/ Joshua P. Gilmore*<br>JOSEPH A. LIEBMAN, ESQ.<br>Nevada Bar No. 10125<br>JOSHUA P. GILMORE, ESQ.<br>Nevada Bar No. 11576<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendants/Counterclaimants* |

Dated: September 28, 2018.

NEVADA STATE BOARD OF MEDICAL EXAMINERS

By */s/ Robert Kilroy*
Robert Kilroy, Esq.
9600 Gateway Drive
Reno, NV 89521
775-324-9349
*Attorney for Non-Party*

## **ORDER**

IT IS SO ORDERED.

DATED this __3__ day of __October__, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2018, a true and correct copy of **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLIES TO: (1) DEFENDANTS' RESPONSE [ECF NO. 366] TO PLAINTIFFS' MOTION TO COMPEL [ECF NO. 342] AND; (2) NEVADA STATE BOARD OF MEDICAL EXAMINERS' OPPOSITION [ECF NO. 372]TO PLAINTIFFS' MOTION TO COMPEL [ECF NO. 342]** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

| | |
|---|---|
| Dennis Kennedy, Esq.<br>Joseph A. Liebman, Esq.<br>Joshua Gilmore, Esq.<br>BAILEY KENNEDY<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br>(702) 562-8820 Tel<br>(702) 562-8821 Fax<br>jgilmore@baileykennedy.com<br>and<br>Peter S Christiansen, Esq.<br>R. Todd Terry, Esq.<br>Kendelee L. Works, Esq.<br>Whitney J. Barrett, Esq.<br>Keely A. Perdue, Esq.<br>CHRISTIANSEN LAW OFFICES<br>810 S. Casino Center Blvd., Suite 104<br>Las Vegas, NV 89101<br>(702) 240-7979<br>(866) 412-6992 fax<br>Pete@christiansenlaw.com<br>tterry@christiansenlaw.com<br>kworks@christiansenlaw.com<br>wbarrett@christiansenlaw.com<br>keely@christiansenlaw.com | Robert Kilroy, Esq.<br>General Counsel<br>Nevada State Board of Medical Examiners<br>9600 Gateway Drive<br>Reno, NV 89521<br>775-324-9349<br>rkilroy@medboard.nv.gov |

By */s/ Tricia A. Dorner*
Tricia Dorner, an Employee of
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

03246-01560 5367557.1