| | |
|---|---|
| 1 | DENNIS L. KENNEDY (NV Bar No. 1462) |
|   | JOSEPH A. LIEBMAN (NV Bar No. 10125) |
| 2 | JOSHUA P. GILMORE (NV Bar No. 11576) |
|   | ANDREA M. CHAMPION (NV Bar No. 13461) |
| 3 | **BAILEY❖KENNEDY** |
|   | 8984 Spanish Ridge Avenue |
| 4 | Las Vegas, Nevada 89148-1302 |
|   | Telephone: 702.562.8820 |
| 5 | Facsimile: 702.562.8821 |
|   | DKennedy@BaileyKennedy.com |
| 6 | JLiebman@BaileyKennedy.com |
|   | JGilmore@BaileyKennedy.com |
| 7 | AChampion@BaileyKennedy.com |
| 8 | PETER S. CHRISTIANSEN (NV Bar No. 5254) |
|   | R. TODD TERRY (NV Bar No. 6519) |
| 9 | KENDELEE L. WORKS (NV Bar No. 9611) |
|   | WHITNEY J. BARRETT (NV Bar No. 13662) |
| 10 | KEELY A. PERDUE (NV Bar No. 13931) |
|    | **CHRISTIANSEN LAW OFFICES** |
| 11 | 810 S. Casino Center Boulevard, Suite 104 |
|    | Las Vegas, Nevada 89101 |
| 12 | Telephone: 702.240.7979 |
|    | Facsimile: 866.412.6992 |
| 13 | pete@christiansenlaw.com |
|    | tterry@christiansenlaw.com |
| 14 | kworks@christiansenlaw.com |
|    | wbarrett@christiansenlaw.com |
| 15 | keely@christiansenlaw.com |
| 16 | *Attorneys for Defendants/Counterclaimants* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>           Plaintiffs,<br>vs.<br><br>MARJORIE BELSKY, MD, MARIO TARQUINO, MD, MARJORIE BELSKY, MD, INC. doing business as, INTEGRATED PAIN SPECIALISTS, and MARIO TARQUINO, MD, INC., DOES 1-100 and ROES 101-200,<br><br>           Defendants.<br><br>AND RELATED CLAIMS. | Case No. 2:15-cv-02265-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR (1) REPLY TO RESPONSE TO COUNTERMOTION FOR PROTECTIVE ORDER; AND (2) REPLY TO RESPONSE TO MOTION TO QUASH SUBPOENA, OR ALTERNATIVELY, MOTION FOR PROTECTIVE ORDER**<br><br>**(First Request)** |

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively, the "Allstate Parties"); Defendants/Counterclaimants MARJORIE BELSKY, M.D., MARIO TARQUINO, M.D., MARJORIE BELSKY, M.D., INC. d/b/a INTEGRATED PAIN SPECIALISTS, and MARIO TARQUINO, M.D., INC. (collectively, the "Belsky/Tarquino Parties"); and non-party NEVADA STATE BOARD OF MEDICAL EXAMINERS (the "Medical Board"), by and through their respective counsel, stipulate and agree as follows:

1. On August 27, 2018, the Allstate Parties filed their Motion to Compel Production of Documents Pursuant to FRCP 45 Subpoena to Nevada State Board of Medical Examiners [ECF No. 342] (the "Motion to Compel");[1]

2. On September 21, 2018, the Belsky/Tarquino Parties filed their Response to the Motion to Compel [ECF No. 366] and Countermotion for Protective Order [ECF No. 367] (the "Countermotion");

3. On September 21, 2018, the Medical Board filed its Motion to Quash Subpoena or, Alternatively, Motion for Protective Order [ECF No. 364] (the "Motion to Quash");

4. On September 24, 2018, the Medical Board filed its Response to the Motion to Compel [ECF No. 372];

5. On October 5, 2018, the Allstate Parties filed their Response to the Countermotion [ECF No. 378] and Reply to the Belsky/Tarquino Parties' Response to the Motion to Compel [ECF No. 379];

6. On October 5, 2018, the Allstate Parties filed their Reply to the Medical Board's Response to the Motion to Compel [ECF No. 380] and Response to the Motion to Quash [ECF No. 381];

7. The Belsky/Tarquino Parties presently have until October 12, 2018 to file their Reply to the Response to the Countermotion;

---

[1] Pursuant to the October 3, 2018 Order [ECF No. 377], on October 10, 2018, the Allstate Parties filed a redacted version of their Motion to Compel [ECF No. 382].

8. The Medical Board presently has until October 12, 2018 to file its Reply to the Response to the Motion to Quash;

9. Due to scheduling conflicts, the Belsky/Tarquino Parties and the Medical Board shall now have up to and including October 19, 2018 to file their respective Replies;

10. This is the first stipulation to extend the deadline to file the Reply to the Response to the Countermotion and the Reply to the Response to the Motion to Quash; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

11. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

DATED this 12th day of October, 2018.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Dylan P. Todd*
    DYLAN P. TODD
    TODD W. BAXTER
    8337 West Sunset Road, Suite 350
    Las Vegas, NV 89113

    ERON Z. CANNON
    FAIN ANDERSON VANDERHOEF
    ROSENDAHL O'HALLORAN
    SPILLANE PLLC
    701 Fifth Avenue, Suite 4750
    Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*

DATED this 12th day of October, 2018.

NEVADA STATE BOARD OF MEDICAL EXAMINERS

By: */s/ Robert Kilroy*
    ROBERT KILROY
    GENERAL COUNSEL
    9600 Gateway Drive
    Reno, NV 89521

*Attorney for Non-Party Nevada State Board of Medical Examiners*

DATED this 12th day of October, 2018.

BAILEY✦KENNEDY

By: */s/ Joshua P. Gilmore*
    DENNIS L. KENNEDY
    JOSEPH A. LIEBMAN
    JOSHUA P. GILMORE
    ANDREA M. CHAMPION
    8984 Spanish Ridge Avenue
    Las Vegas, NV 89148

-AND-

CHRISTIANSEN LAW OFFICES
    PETER S. CHRISTIANSEN
    R. TODD TERRY
    KENDELEE L. WORKS
    WHITNEY J. BARRETT
    KEELY A. PERDUE
    810 S. Casino Center Blvd., Suite 104
    Las Vegas, NV 89101

*Attorneys for Defendants/Counterclaimants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 17, 2018