DYLAN P. TODD, ESQ.
Nevada Bar No. 10456
TODD W. BAXTER, ESQ.
*Admitted Pro Hac Vice*
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
*dylan.todd@mccormickbarstow.com*
*todd.baxter@mccormickbarstow.com*

ERON Z. CANNON
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
701 5th Avenue #4750
Seattle, Washington 98104
Telephone: (206) 749-0094
Facsimile: (206) 749-0194
*eron@favros.com*

Attorneys for Plaintiffs/Counterdefendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MARJORIE BELSKY, MD; MARIO TARQUINO, MD; MARJORIE BELSKY, MD, INC., doing business as INTEGRATED PAIN SPECIALISTS; and MARIO TARQUINO, MD, INC., DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-2265-MMD-CWH<br><br>**STIPULATION TO INCLUDE THE LAW OFFICE OF EKC INTO THE STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER (ECF NO. 49) FOR THE DISCLOSURE OF DOCUMENTS PURSUANT TO F.R.C.P. 45 SUBPOENA** |

Plaintiffs/Counter-defendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY COMPANY (collectively referred to as the "Plaintiffs"), and the LAW OFFICE OF ERIC K. CHEN (non-party herein after referred to as "EKC") hereby stipulate and agree as follows:

1. Plaintiffs served EKC with a subpoena pursuant to F.R.C.P. 45 for the production of documents regarding communications and payments made by and between Law Firm and the Defendants during EKC's representation of certain clients in personal injury claims for which Plaintiffs paid on settlement on behalf of Plaintiffs' insureds.

2. EKC is aware that Plaintiffs have subpoenaed several law firms seeking the same type of information pursuant to Rule 45 in this case, as well as a companion sister-lawsuit *Allstate v. Shah, et. al.* Case No. 2:15-cv-01786-APG-CWH ("*Shah*").

4. EKC understands that this Court presides over both the instant matter as well as the *Shah* matter, and that this Court has ruled consistently in both these cases that the type of information does not seek attorney-client communication and ordered other law firms to produce the same type of documents request of EKC.

5. A stipulated confidentiality and protective order in this case entered between Plaintiffs and Defendants for the disclosure of confidential, sensitive or other protected information was approved by this Court on June 3, 2016. (ECF No. 49).

6. EKC was not a party to the stipulated confidentiality and protective order. (ECF No. 49).

7. In ordering compliance with Plaintiffs' subpoenas to other law firms, this Court also ordered that the confidentiality and protective order (ECF No. 49) be applied to those law firms.

8. In accordance with this Court's prior rulings both in this action and in the *Shah* matter, the parties hereby stipulate and agree that the protections and scope articulated in the Stipulated Confidentiality and Protective Order approved by this Court on June 3, 2016. (ECF No. 49) be extended in their entirety to cover EKC in its compliance with Plaintiffs' subpoena.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

9. EKC will produce all documents responsive to the subpoena within ten (10) days of approval and entry of this Order by the Court.

IT IS SO STIPULATED.

| Dated: | Dated: |
|---|---|
| McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP | LAW OFFICE OF ERIC K CHEN |

By: _____
DYLAN P. TODD, ESQ.
Nevada Bar No. 10456
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
*Attorneys for Plaintiffs/Counterdefendants*

By: _____
Hai Ling Chu, Esq.
Nevada Bar No. 12347
6330 Spring Mountain Road, Suite D
Las Vegas, NV 89146
702-638-8886

## **ORDER**

IT IS SO ORDERED.

DATED this 11 day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

003246-001560 5569836.1