1  DYLAN P. TODD, ESQ.
   Nevada Bar No. 10456
2  TODD W. BAXTER, ESQ.
   *Admitted Pro Hac Vice*
3  McCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
4  8337 West Sunset Road, Suite 350
   Las Vegas, NV 89113
5  Telephone:   (702) 949-1100
   Facsimile:   (702) 949-1101
6  dylan.todd@mccormickbarstow.com
   renee.maxfield@mccormickbarstow.com
7  todd.baxter@mccormickbarstow.com

8  ERON Z. CANNON
   Nevada Bar No. 8013
9  FAIN ANDERSON VANDERHOEF
   ROSENDAHL O'HALLORAN SPILLANE PLLC
10 701 5th Avenue #4750
   Seattle, Washington 98104
11 Telephone: (206) 749-0094
   Facsimile: (206) 749-0194
12 eron@favros.com

13 Attorneys for Plaintiffs/Counterdefendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MARJORIE BELSKY, MD; MARIO TARQUINO, MD; MARJORIE BELSKY, MD, INC., doing business as INTEGRATED PAIN SPECIALISTS; and MARIO TARQUINO, MD, INC., DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO.   2:15-cv-2265-MMD-CWH<br><br><br>STIPULATION TO INCLUDE PALACIOS & ASSOCIATES INTO THE STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER (ECF NO. 49) FOR THE DISCLOSURE OF DOCUMENTS PURSUANT TO F.R.C.P. 45 SUBPOENA |

2:15-cv-2265-MMD-CWH

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

Plaintiffs/Counter-defendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY COMPANY (collectively referred to as the "Plaintiffs"), and the law firm of PALACIOS & ASSOCIATES (non-party herein after referred to as "Palacios") hereby stipulate and agree as follows:

1. Plaintiffs served Palacios with a subpoena pursuant to F.R.C.P. 45 for the production of documents regarding communications and payments made by and between Law Firm and the Defendants during Palacios' representation of certain clients in personal injury claims for which Plaintiffs paid on settlement on behalf of Plaintiffs' insureds.

2. Palacios provided a written objection to the Rule 45 subpoena.

3. Palacios is aware that Plaintiffs have subpoenaed several law firms seeking the same type of information pursuant to Rule 45 in this case, as well as a companion sister-lawsuit *Allstate v. Shah, et. al.* Case No. 2:15-cv-01786-APG-CWH ("*Shah*").

4. Palacios understands that this Court presides over both the instant matter as well as the *Shah* matter, and that this Court has ruled consistently in both these cases and ordered other law firms to produce the same type of documents request of Palacios.

5. A stipulated confidentiality and protective order in this case entered between Plaintiffs and Defendants for the disclosure of confidential, sensitive or other protected information was approved by this Court on June 3, 2016. (ECF No. 49).

6. Palacios was not a party to the stipulated confidentiality and protective order. (ECF No. 49).

7. In ordering compliance with Plaintiffs' subpoenas to other law firms, this Court also ordered that the confidentiality and protective order (ECF No. 49) be applied to those law firms.

8. In accordance with this Court's prior rulings both in this action and in the *Shah* matter, the parties hereby stipulate and agree that the protections and scope articulated in the Stipulated Confidentiality and Protective Order approved by this Court on June 3, 2016. (ECF No. 49) be extended in their entirety to cover Palacios in its compliance with Plaintiffs' subpoena.

1 | 9. Palacios will produce all documents responsive to the subpoena within ten (10) days of
2 | approval and entry of this Order by the Court.
3 | IT IS SO STIPULATED.

Dated: _____ Dated: January 8, 2019

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

PALACIOS & ASSOCIATES

By: _____
DYLAN P. TODD, ESQ.
Nevada Bar No. 10456
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
*Attorneys for Plaintiffs/Counterdefendants*

By: _____
Eric O. Palacios, Esq.
Nevada Bar No. 7120
2050 S. Eastern Avenue
Las Vegas, NV 89104
702-444-7777

## ORDER

IT IS SO ORDERED.

DATED this 14 day of January 2019.

_____
UNITED STATES MAGISTRATE JUDGE

003246-001560 5530963.1