1  Eron Z. Cannon, NV Bar No. 8013
   eron@favros.com
2  FAIN ANDERSON VANDERHOEF
   ROSENDAHL O'HALLAN SPILLANE
3  PLLC
   701 5th Avenue, Suite 470
4  Seattle, WA 98104
   Telephone:  206-749-0094
5  Facsimile:   206-749-0194

6  Todd W. Baxter *(admitted Pro Hac Vice)*
   Todd.baxter@mccormickbarstow.com
7  MCCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
8  8337 West Sunset Road, Suite 350
   Las Vegas, NV 89113
9  Telephone:  702-949-1100
   Facsimile:   702-949-1101

10
   Dylan P. Todd, NV Bar No. 10456
11 dtodd@fgppr.com
   FORAN GLENNON PALANDECH
12 PONZI & RUDLOFF PC
   2200 Paseo Verde Parkway, Suite 280
13 Henderson, NV 89052
   Telephone:  702-827-1510
14 Facsimile:   312-863-5099

15 *Attorneys for Plaintiffs/Counter-defendants*

16                **UNITED STATES DISTRICT COURT**

17                   **DISTRICT OF NEVADA, NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MARJORIE BELSKY, MD; MARIO TARQUINO, MD; MARJORIE BELSEY, MD, INC., doing business as INTEGRATED PAIN SPECIALISTS; and MARIO TARQUINO, MD, INC., DOES 1-100, and ROES 101-200, | CASE NO. 2:15-cv-02265-MMD-CWH<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

- 1 -

|     | Defendants           |
| --- | -------------------- |
|  1  |                      |
|  2  | AND RELATED CLAIMS   |
|  3  |                      |

**PLEASE TAKE NOTICE** that attorney Amy M. Samberg is no longer assigned to this matter to the above-entitled matter, as such, please remove Ms. Samberg from the service list.

Dated this 5th day of June 2019.

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By:  /s/ *Dylan Todd*
Amy M. Samberg (NV Bar No. 10212)
400 East Van Buren Street, Suite 550
Phoenix, AZ 85004

Dylan P. Todd (NV Bar No. 10456)
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Attorneys for Plaintiffs/Counter-defendants*

IT IS SO ORDERED.

DATED: Jun 07, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

As an employee of Foran Glennon, I certify that a copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Registered Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Dated: June 5, 2019.

 */s/ Rita Tuttle*
An Employee of Foran Glennon