1   DENNIS L. KENNEDY (NV Bar No. 1462)
    JOSEPH A. LIEBMAN (NV Bar No. 10125)
2   JOSHUA P. GILMORE (NV Bar No. 11576)
    ANDREA M. CHAMPION (NV Bar No. 13461)
3   **BAILEY✧KENNEDY**
    8984 Spanish Ridge Avenue
4   Las Vegas, Nevada 89148-1302
    Telephone:  702.562.8820
5   Facsimile:  702.562.8821
    DKennedy@BaileyKennedy.com
6   JLiebman@BaileyKennedy.com
    JGilmore@BaileyKennedy.com
7   AChampion@BaileyKennedy.com

8   PETER S. CHRISTIANSEN (NV Bar No. 5254)
    R. TODD TERRY (NV Bar No. 6519)
9   KENDELEE L. WORKS (NV Bar No. 9611)
    WHITNEY J. BARRETT (NV Bar No. 13662)
10  KEELY A. PERDUE (NV Bar No. 13931)
    **CHRISTIANSEN LAW OFFICES**
11  810 S. Casino Center Boulevard, Suite 104
    Las Vegas, Nevada 89101
12  Telephone:  702.240.7979
    Facsimile:  866.412.6992
13  pete@christiansenlaw.com
    tterry@christiansenlaw.com
14  kworks@christiansenlaw.com
    wbarrett@christiansenlaw.com
15  keely@christiansenlaw.com

16  *Attorneys for Defendants/Counterclaimants*

17                  UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
18

19  ALLSTATE INSURANCE COMPANY,
    ALLSTATE PROPERTY & CASUALTY
    INSURANCE COMPANY, ALLSTATE          Case No.  2:15-cv-02265-MMD-DJA
20  INDEMNITY COMPANY, and ALLSTATE
    FIRE & CASUALTY INSURANCE
21  COMPANY,
                            Plaintiffs,   **STIPULATION TO AMEND THE**
22          vs.                           **STIPULATED CONFIDENTIALITY**
                                          **AGREEMENT AND PROTECTIVE**
                                          **ORDER**
23  MARJORIE BELSKY, MD, MARIO
    TARQUINO, MD, MARJORIE BELSKY, MD,
24  INC. doing business as, INTEGRATED PAIN
    SPECIALISTS, and MARIO TARQUINO, MD,
25  INC., DOES 1-100 and ROES 101-200,

26                          Defendants.

27  ───────────────────────────────────────

    AND RELATED CLAIMS.
28

                        Page **1** of **4**

The parties, by and through their respective counsel of record, hereby stipulate and agree to amend the Stipulated Confidentiality Agreement and Protective Order ("Stipulated Protective Order"), previously entered by this Court on June 6, 2016 [ECF No. 49].

Specifically, the parties stipulate and agree to amend the definition of "Confidential Information" in Section II of the Stipulated Protective Order to now read as follows:

> "Confidential Information" shall mean and include information, testimony, interrogatory responses, responses to requests for admissions, documents, materials, items and tangible things produced, disclosed or otherwise exchanged in discovery in this action, regardless of the medium or manner generated, stored or maintained (collectively, "Discovery Material"), (i) which has not been made public, and (ii) which constitutes protected health information (as defined under HIPAA) pertaining to those non-parties (a) who are identified (by initials) in Exhibit "A" to the Amended Complaint for Damages and Demand for Jury Trial [ECF No. 41] (the "Amended Complaint") or (b) who are identified (by initials) in Exhibit "C" to this protective order in regards to Defendants' Amended Counterclaims [ECF No. 145] (the "Amended Counterclaims"), and/or (iii) which constitutes trade secrets, confidential research and development information, know-how, proprietary data, commercial information, company policies or practices, financial information, accounting information, business strategies, personnel files, and/or highly personal and sensitive information, (iv) which the producing party maintains in confidence, and; (iv) which the producing party in good faith believes that the unprotected disclosure or production of which may result in economic or competitive injury or harm to or invasion of its rights or the rights of a non-party to this action.

The parties further stipulate and agree that Exhibit "C", as referenced in the above amended definition of "Confidentiality Information," a copy of which is attached hereto, shall be deemed to be affixed to and made a part of the Stipulated Protective Order.

The parties further stipulate and agree that compliance with Section 4.4 of the Stipulated Protective Order is not required prior to any disclosure or use of protected health information for those patients identified (by initials) in Exhibit "C."

This Stipulation is brought in good faith and not for the purpose of delay.

///

///

///

///

BAILEY✧KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1        Based on the foregoing, the parties respectfully request that the Court approve this

2   Stipulation and hereby amend the Stipulated Protective Order as outlined above.  Except as amended

3   by this Stipulation, all provisions of the Stipulated Protective Order shall remain unmodified and in

4   full force and effect.

5        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

6   DATED this 22nd day of October, 2020.    DATED this 22nd day of October, 2020.

7   BAILEY❖KENNEDY    FAIN ANDERSON VANDERHOEF
        ROSENDAHL O'HALLORAN SPILLANE

8   By: _/s/Andrea M. Champion_____    PLLC
        DENNIS L. KENNEDY

9       JOSEPH A. LIEBMAN    By: _/s/ Todd W. Baxter_____
        JOSHUA P. GILMORE    ERON Z. CANNON

10      ANDREA M. CHAMPION    JENNIFER M. SMITROVICH
        8984 Spanish Ridge Avenue    701 Fifth Avenue, Suite 4750

11      Las Vegas, NV 89149    Seattle, WA 98104

12      PETER S. CHRISTIANSEN    TODD W. BAXTER
        R. TODD TERRY    McCORMICK, BARSTOW,

13      KENDELEE L. WORKS    SHEPPARD, WAYTE & CARRUTH
        WHITNEY J. BARRETT    LLP

14      CHRISTIANSEN LAW OFFICES    8337 West Sunset Road, Suite 350
        810 S. Casino Center Blvd., Suite 104    Las Vegas, NV 89113

15      Las Vegas, NV 89101
        DYLAN P. TODD

16  *Attorneys for Defendants/Counterclaimants*    FORAN GLENNON PALANDECH
    MARJORIE BELSKY, MD, MARIO    PONZI & RUDLOFF PC

17  TARQUINO, MD, MARJORIE BELSKY,    2200 Paseo Verde Pkwy., Suite 280
    MD, INC. d/b/a INTEGRATED PAIN    Henderson, NV 89052

18  SPECIALISTS, and MARIO TARQUINO,
    MD, INC.    *Attorneys for Plaintiffs/Counterdefendants*

19      ALLSTATE INSURANCE COMPANY,
        ALLSTATE PROPERTY & CASUALTY

20      INSURANCE COMPANY, ALLSTATE
        INDEMNITY COMPANY, and ALLSTATE

21      FIRE & CASULATY INSURANCE
        COMPANY

22

23

24

25

26

27

28

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1     **IT IS SO ORDERED.**

2

3                                                    _____
                                                     UNITED STATES MAGISTRATE JUDGE
4
                                                     DATED: _____
5                                                            October 28, 2020

6     Respectfully submitted by:

7     BAILEY❖KENNEDY

8     By: _/s/ Andrea M. Champion_____
             DENNIS L. KENNEDY
9            JOSEPH A. LIEBMAN
             JOSHUA P. GILMORE
10           ANDREA M. CHAMPION
             8984 Spanish Ridge Avenue
11           Las Vegas, NV 89149

12           PETER S. CHRISTIANSEN
             R. TODD TERRY
13           KENDELEE L. WORKS
             WHITNEY J. BARRETT
14           CHRISTIANSEN LAW OFFICES
             810 S. Casino Center Blvd., Suite 104
15           Las Vegas, NV 89101

16    *Attorneys for Defendants/Counterclaimants*
      MARJORIE   BELSKY,   MD,   MARIO
17    TARQUINO, MD, MARJORIE BELSKY,
      MD, INC. d/b/a INTEGRATED PAIN
18    SPECIALISTS, and MARIO TARQUINO,
      MD, INC.

19

20

21

22

23

24

25

26

27

28

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

# EXHIBIT C

# EXHIBIT C

*Allstate v. Belsky*

## EXHIBIT C

## ADDITIONAL CLAIMANT DOCUMENTS PRODUCED BY ALLSTATE

| Allstate Claim No. | Date of Loss | Claimant Initials |
|---|---|---|
| 0408822930 | 04/09/16 | LP & EP |
| 0419951297 | 06/29/16 | MT |
| 0518441761 | 09/25/18 | EB |
| 0543974166 | 05/01/19 | TE |

003246-001560 6949735.1