DENNIS L. KENNEDY (NV Bar No. 1462)
JOSEPH A. LIEBMAN (NV Bar No. 10125)
JOSHUA P. GILMORE (NV Bar No. 11576)
ANDREA M. CHAMPION (NV Bar No. 13461)
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com
AChampion@BaileyKennedy.com

*Attorneys for Defendants/Counterclaimants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>MARJORIE BELSKY, MD, MARIO TARQUINO, MD, MARJORIE BELSKY, MD, INC. doing business as, INTEGRATED PAIN SPECIALISTS, and MARIO TARQUINO, MD, INC., DOES 1-100 and ROES 101-200,<br><br>　　　　　Defendants.<br><br>AND RELATED CLAIMS. | Case No.  2:15-cv-02265-MMD-DJA<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL OF COUNSEL** |

Pursuant to LR IA 11-6(c), the undersigned attorneys and clients, Defendants/ Counterclaimants Marjorie Belsky, M.D., Mario Tarquino, M.D., Marjorie Belsky, MD, Inc. d/b/a Integrated Pain Specialists, and Mario Tarquino, MD, Inc. (collectively, the "Belsky/Tarquino Parties"), stipulate and agree to the withdrawal of Dennis L. Kennedy, Esq., Joseph A. Liebman, Esq., Joshua P. Gilmore, Esq., and Andrea M. Champion Esq. of the law firm Bailey❖Kennedy as counsel of record for the Belsky/Tarquino Parties in this matter.  The Belsky/Tarquino Parties shall continue to be represented in this matter by Peter S. Christiansen, Esq., R. Todd Terry, Esq., Kendelee L. Works, Esq., Whitney J. Barrett, Esq., and Keely A. Perdue, Esq. of the law firm

Christiansen Law Offices and Donald J. Campbell, Esq., J. Colby Williams, Esq., and Samuel R. Mirkovich, Esq. of the law firm Campbell & Williams.  The withdrawal of Bailey❖Kennedy will not result in delay of discovery, the trial or any hearing in this matter.

Dated this 8th day of April, 2021.

BAILEY❖KENNEDY

By: */s/ Joshua P. Gilmore*
    DENNIS L. KENNEDY
    JOSEPH A. LIEBMAN
    JOSHUA P. GILMORE
    ANDREA M. CHAMPION

Dated this 8th day of April, 2021.

CHRISTIANSEN LAW OFFICES

By: */s/ Kendelee L. Works*
    PETER S. CHRISTIANSEN
    R. TODD TERRY
    KENDELEE L. WORKS
    WHITNEY J. BARRETT
    KEELY A. PERDUE

Dated this 8th day of April, 2021.

CAMPBELL & WILLIAMS

By: */s/ Samuel R. Mirkovich*
    DONALD J. CAMPBELL
    J. COLBY WILLIAMS
    SAMUEL R. MIRKOVICH

Dated this 8th day of April, 2021.

MARJORIE BELSKY, MD, INC.
d/b/a Integrated Pain Specialists

By: */s/ Marjorie Belsky*

Its: Owner

Dated this 8th day of April, 2021.

MARIO TARQUINO, MD, INC.

By: */s/ Mario Tarquino*

Its: Owner

Dated this 8th day of April, 2021.

By: */s/ Marjorie Belsky*
    MARJORIE BELSKY, M.D.

By: */s/ Mario Tarquino*
    MARIO TARQUINO, M.D.

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: April 9, 2021

# CERTIFICATE OF SERVICE

I certify that I am an employee of BAILEY✥KENNEDY and that on the 8th day of April, 2021, service of the foregoing **STIPULATION AND ORDER FOR WITHDRAWAL OF COUNSEL** was made by mandatory electronic service through the United States District Court's electronic filing system and/or by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

| | |
|---|---|
| ERON Z. CANNON<br>JENNIFER SMITROVICH<br>**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC**<br>701 Fifth Avenue, Suite 4750<br>Seattle, Washington 98104 | Email: eron@favros.com<br>donna@favros.com<br>jennifers@favros.com<br><br>*Attorneys for Plaintiffs/Counterdefendants* |
| TODD W. BAXTER<br>**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP**<br>8337 West Sunset Road, Suite 350<br>Las Vegas, Nevada 89113 | Email: todd.baxter@mccormickbarstow.com<br>Tricia.dorner@mccormickbarstow.com<br>debbie.sizemore@mccormickbarstow.com<br>jennifer.deboer@mccormickbarstow.com<br>krystina.butchart@mccormickbarstow.com<br><br>*Attorneys for Plaintiffs/Counterdefendants* |
| TODD WILLIAM BAXTER<br>**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**<br>7647 North Fresno Street<br>Fresno, California 93720 | Email: tbaxter@mbswc.com<br><br>*Attorneys for Plaintiffs/Counterdefendants* |
| DYLAN P. TODD<br>**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**<br>2200 Paseo Verde Parkway, Suite 280<br>Henderson, NV 89052 | Email: dtodd@fgppr.com<br><br>*Attorneys for Plaintiffs/Counterdefendants* |

 */s/ Susan Russo*
 Employee of BAILEY✥KENNEDY