Eron Z. Cannon, NV Bar No. 8013
eron@favros.com
FAINT ANDERSON VANDERHOEF
ROSENDAHL O'HALLAN SPILLANE, PLLC
701 5th Avenue, Suite 470
Seattle, WA 98104
Telephone: 206-749-0094
Facsimile: 206-749-0194

Todd W. Baxter *(admitted Pro Hac Vice)*
Todd.baxter@mccormickbarstow.com
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone: 702-949-1100
Facsimile: 702-949-1101

Dylan P. Todd, NV Bar No. 10456
dtodd@fgppr.com
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: 702-827-1510
Facsimile: 312-863-5099

*Attorneys for Plaintiffs/Counter-defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br>v.<br>MARJORIE BELSKY, MD; MARIO TARQUINO, MD; MARJORIE BELSEY, MD, INC., doing business as INTEGRATED PAIN SPECIALISTS; and MARIO TARQUINO, MD, INC., DOES 1-100, and ROES 101-200,<br>Defendants<br>AND RELATED CLAIMS | CASE NO. 2:15-cv-02265-MMD-DJA<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL DYLAN P. TODD AS COUNSEL OF RECORD FOR PLAINTIFFS** |

Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively "Plaintiffs") hereby advise the Court and all parties that Dylan P. Todd has withdrawn from the case as attorney of record for these Plaintiffs and should be removed from all service lists. Effective May 14, 2021, Dylan P. Todd is no longer affiliated with Foran Glennon Palandech Ponzi & Rudloff PC. Since Fain Anderson Vanderhoef Rosendahl O'Hallan Spillane PLLC and Mccormick, Barstow, Sheppard, Wayte & Carruth LLP still represent these Plaintiffs, no parties are prejudiced by the withdrawal of Dylan P. Todd.

Dated this 14th day of May 2021.

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: ＿＿/s/ *Dylan Todd*＿＿＿＿＿＿
Dylan P. Todd (NV Bar No. 10456)
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Attorneys for Plaintiffs/Counter-defendants*

**IT IS SO ORDERED.**

DATED: May 17, 2021

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

As an employee of Foran Glennon, I certify that a copy of the foregoing **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL DYLAN P. TODD AS COUNSEL OF RECORD FOR PLAINTIFFS** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Registered Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Dated: May 14, 2021.

                                   */s/ Regina Brouse*
                                   An Employee of Foran Glennon