1  JONATHAN W. CARLSON
   Nevada Bar No. 10536
2  TODD W. BAXTER
   *Admitted Pro Hac Vice*
3  GREGORY S. MASON
   *Admitted Pro Hac Vice*
4  McCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
5  8337 West Sunset Road, Suite 350
   Las Vegas, Nevada  89113
6  Telephone:    (702) 949-1100
   Facsimile:    (702) 949-1101
7  *jonathan.carlson@mccormickbarstow.com*
   *todd.baxter@mccormickbarstow.com*
8  *greg.mason@mccormickbarstow.com*

9  ERON Z. CANNON
   Nevada Bar No. 8013
10 FAIN ANDERSON VANDERHOEF
   ROSENDAHL O'HALLORAN SPILLANE PLLC
11 701 5th Avenue #4750
   Seattle, Washington  98104
12 Telephone:    (206) 749-0094
   Facsimile:    (206) 749-0194
13 *eron@favros.com*

14 Attorneys for Plaintiffs/Counterdefendants

15                    **UNITED STATES DISTRICT COURT**

16                        **DISTRICT OF NEVADA**

17 ALLSTATE INSURANCE COMPANY,          CASE NO.    2:15-cv-2265-MMD-DJA
   ALLSTATE PROPERTY & CASUALTY
18 INSURANCE COMPANY, ALLSTATE
   INDEMNITY COMPANY, and ALLSTATE      **MOTION TO SUBSTITUTE**
19 FIRE & CASUALTY INSURANCE            **DESIGNATED LOCAL COUNSEL ON**
   COMPANY,                             **GREGORY SCOTT MASON'S VERIFIED**
20                                      **PETITION FOR PERMISSION TO**
              Plaintiffs,               **PRACTICE IN THIS CASE**
21
          v.
22
   MARJORIE BELSKY, MD; MARIO
23 TARQUINO, MD; MARJORIE BELSKY,
   MD, INC., doing business as INTEGRATED
24 PAIN SPECIALISTS; and MARIO
   TARQUINO, MD, INC., DOES 1-100, and
25 ROES 101-200,

26            Defendants.

27

28 AND RELATED CLAIMS

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

1    On April 15, 2021, this Court issued an order [Doc. 476] granting the Verified Petition for

2    Permission to Practice Pro Hac Vice as to Gregory Scott Mason [Doc. 475] and approving

3    Designation of Local Counsel Dylan P. Todd.

4    Mr. Todd has changed law firms and has now disassociated from this case.  Therefore,

5    plaintiffs hereby designate Jonathan W. Carlson, Nevada Bar No. 10536, as associate resident

6    counsel in this action.  Mr. Carlson's contact information is as follows:

7
Jonathan W. Carlson #10536
McCORMICK, BARSTOW, SHEPPARD,
8
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
9
Las Vegas, Nevada  89113
Telephone:     (702) 949-1100
10
Facsimile:     (702) 949-1101
*jonathan.carlson@mccormickbarstow.com*

11   DATED this 24th day of May, 2021

12
McCORMICK, BARSTOW, SHEPPARD,
13
WAYTE & CARRUTH LLP

14

15   By _____*/s/ Todd W. Baxter*_____

16   Jonathan W. Carlson, Nevada Bar No. 10536
Todd W. Baxter, *Admitted Pro Hac Vice*
Gregory S. Mason, *Admitted Pro Hac Vice*
17   MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
18   8337 West Sunset Road, Suite 350
Las Vegas, Nevada  89113

19
Eron Z. Cannon, Nevada Bar No. 8013
20   FAIN ANDERSON VANDERHOEF ROSENDAHL
O'HALLORAN SPILLANE PLLC
21   701 Fifth Avenue, Suite 4750
Seattle, Washington  98104

22
Attorneys for Plaintiffs/Counterdefendants
23

24   IT IS SO ORDERED.

25   Dated: _____May 25_____, 2021

26   _____
DANIEL J. ALBREGTS
27   UNITED STATES MAGISTRATE JUDGE

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2                          Case No. 2:15-cv-2265-MMD-CWH
MOTION TO SUBSTITUTE DESIGNATED LOCAL COUNSEL ON GREGORY SCOTT MASON'S VERIFIED
PETITION FOR PERMISSION TO PRACTICE IN THIS CASE

1

## **PROOF OF SERVICE**

2

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

3
At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

4

5
On May 24, 2021, I served true copies of the following document(s) described as **MOTION TO SUBSTITUTE DESIGNATED LOCAL COUNSEL ON GREGORY SCOTT MASON'S VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE** on the interested parties in this action as follows:

6

7

8
Donald J. Campbell, Esq.
J. Colby Williams, Esq.
Samuel R. Mirkovich, Esq.
CAMPBELL & WILLIAMS
700 S. Seventh Street
Las Vegas, NV 89101
Telephone:   (702) 382-5222
Facsimile:    (702) 382-0540
*djc@cwlawlv.com*
*jcw@cwlawlv.com*
*srm@cwlawlv.com*

Peter S. Christiansen, Esq.
Kendelee L. Works, Esq.
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Telephone:   (702) 240-7979
Facsimile:   (866) 412-6992
*pete@christiansenlaw.com*
*kworks@christiansenlaw.com*

9

10

11

12

13

14
Eron Z. Cannon, Esq.
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN
SPILLANE PLLC
701 5th Avenue #4750
Seattle, WA 98104
Telephone:   (206) 749-0094
Facsimile:   (206) 749-0194
*eron@favros.com*

15

16

17

18

19
**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

20

21

22
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

23

24
Executed on May 24, 2021, at Fresno, California.

25

26
*/s/ Mary M. Souders*
Mary M. Souders

27

003246-001560 7657502.1

28

Case No. 2:15-cv-2265-MMD-CWH

MOTION TO SUBSTITUTE DESIGNATED LOCAL COUNSEL ON GREGORY SCOTT MASON'S VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE