JONATHAN W. CARLSON
Nevada Bar No. 10536
TODD W. BAXTER
*Admitted Pro Hac Vice*
GREGORY S. MASON
*Admitted Pro Hac Vice*
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101
*jonathan.carlson@mccormickbarstow.com*
*todd.baxter@mccormickbarstow.com*
*greg.mason@mccormickbarstow.com*

ERON Z. CANNON
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
701 5th Avenue #4750
Seattle, Washington 98104
Telephone:   (206) 749-0094
Facsimile:    (206) 749-0194
*eron@favros.com*

Attorneys for Plaintiffs/Counterdefendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MARJORIE BELSKY, MD; MARIO TARQUINO, MD; MARJORIE BELSKY, MD, INC., doing business as INTEGRATED PAIN SPECIALISTS; and MARIO TARQUINO, MD, INC., DOES 1-100, and ROES 101-200,<br><br>　　　　Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-2265-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DISPOSITIVE MOTIONS**<br><br>**[SEVENTEENTH REQUEST]** |

Plaintiffs and Counterdefendants, ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (hereinafter "Allstate Parties"), and Defendants and Counterclaimants MARJORIE BELSKY, M.D., MARIO TARQUINO, M.D., MARJORIE BELSKY, M.D., INC. d/b/a INTEGRATED PAIN SPECIALISTS, and MARIO TARQUINO, M.D., INC. (hereinafter "Belsky Parties"), by and through their respective attorneys of record, stipulate and agree to extend the March 10, 2023, deadline for dispositive motions beyond the date set forth in the October 21, 2022 Order Extending Discovery [ECF No. 507] to March 31, 2023.

1. Due to scheduling conflicts, the parties have yet to complete the deposition of Dennis Prince, which was scheduled for January 10, 2023, however, Mr. Prince was not available at that time due to a conflict. The parties have agreed to take the continued deposition sometime in the early part of March. A final date is being worked out.

2. Further, due to work load issues over the last two months, the holiday season and scheduling conflicts for respective counsel for the Allstate Parties (Todd W. Baxter) and the Belsky Parties (Samuel R. Mirkovich), and in light of the critical importance of the Belsky Parties' motion as to Allstate's claims herein and the Allstate Parties' motion on the Belsky Parties' counterclaims, an extension of time is necessary to complete work on the motions.

3. For example, starting on January 30, 2023 through February 4, 2023, counsel for the Allstate Parties unexpectedly had a medical issue that arose leading to a limited work schedule. That has since resolved. In addition Mr. Baxter was in trial during the week of February 6, 2023 in Tulare County Superior Court in Visalia, California. Mr. Baxter is also preparing oppositions to two extensive motions for summary judgment filed in the case of *Allstate et. al. v. Shah, et al.,* also venued with this Court, which are scheduled to be filed on March 3, 2023.

4. Although counsel for the Allstate Parties and the Belsky Parties have been diligently working on the motions, additional time is needed due to unanticipated work-related issues and scheduling conflicts.

5. The parties stipulate and agree to extend the deadline for dispositive motions from March 10, 2023 to March 31, 2023.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

003246-001560 8925254.1                    2

6. This stipulation is made in good faith and not to delay the proceedings.

Trial has not been scheduled in this matter.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 21st day of February, 2023

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN
SPILLANE PLLC

By: /s/ Todd W. Baxter

ERON Z. CANNON
JENNIFER M. SMITROVICH
701 Fifth Avenue, Suite 4750
Seattle, WA 98104

TODD W. BAXTER
McCORMICK, BARSTOW,
SHEPPARD, WAYTE, &
CARRUTH LLP
8337 West Sunset Road,
Suite 350
Las Vegas, NV 89113

*Attorneys for Plaintiffs/
Counterdefendants*

DATED this 21st day of February, 2023

CAMPBELL & WILLIAMS

By: /s/ Samuel R. Mirkovich

DONALD J. CAMPBELL
J. COLBY WILLIAMS
SAMUEL R. MIRKOVICH
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101

PETER S. CHRISTIANSEN
KENDELEE L. WORKS
710 South Seventh Street, Suite B
Las Vegas, Nevada 89101

*Attorneys for Defendants
Counterclaimants*

IT IS SO ORDERED.

DATED: February 24, 2023

_____
UNITED STATES DISTRICT JUDGE