JONATHAN W. CARLSON
Nevada Bar No. 10536
TODD W. BAXTER
*Admitted Pro Hac Vice*
GREGORY S. MASON
*Admitted Pro Hac Vice*
McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
*jonathan.carlson@mccormickbarstow.com*
*todd.baxter@mccormickbarstow.com*
*greg.mason@mccormickbarstow.com*

ERON Z. CANNON
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC
701 5th Avenue #4750
Seattle, Washington 98104
Telephone: (206) 749-0094
Facsimile: (206) 749-0194
*eron@favros.com*

Attorneys for Plaintiffs/Counterdefendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MARJORIE BELSKY, MD; MARIO TARQUINO, MD; MARJORIE BELSKY, MD, INC., doing business as INTEGRATED PAIN SPECIALISTS; and MARIO TARQUINO, MD, INC., DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-2265-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DISPOSITIVE MOTIONS**<br><br>**[SECOND REQUEST]** |

Plaintiffs and Counterdefendants, ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (hereinafter "Allstate Parties"), and Defendants and Counterclaimants MARJORIE BELSKY, M.D., MARIO TARQUINO, M.D., MARJORIE BELSKY, M.D., INC. d/b/a INTEGRATED PAIN SPECIALISTS, and MARIO TARQUINO, M.D., INC. (hereinafter "Belsky Parties"), by and through their respective attorneys of record, stipulate and agree to extend the March 31, 2023, deadline for dispositive motions established in the February 24, 2023 order of this Court [ECF No. 510], extending the deadline for dispositive motions to April 14, 2023.

1. The extension is due to work load issues and scheduling conflicts for respective counsel for the Allstate Parties (Todd W. Baxter) and the Belsky Parties (Samuel R. Mirkovich), and in light of the critical importance of the Belsky Parties' motion as to Allstate's claims herein and the Allstate Parties' motion on the Belsky Parties' counterclaims, an extension of time is necessary to complete work on the motions.

2. Counsel for Allstate Parties, Mr. Baxter, has been preparing two oppositions to extensive motions for summary judgment filed by the defendants in the case of *Allstate v. Shah* Case No. 2:15-cv-01786-APG-DJA, with the first opposition being filed on March 9, 2023 and the second opposition being filed on March 14, 2023. The due dates on these oppositions was extended in part due to an illness impacting Mr. Baxter. Mr. Baxter also has an appellate brief due on March 29, 2023, and another due on April 6, 2023 in the state Court of Appeal in Fresno, California.

3. There are a number of issues and claimants involved in this case, with extensive discovery having been completed that must be summarized for purposes of the motions to be filed. The motions at issue are of critical importance; however, due to the existing work schedule of counsel for the parties, including, but not limited to, substantial appellate briefing in other matters and briefing on summary judgment for Allstate parties in a separate case, in order to ensure that the parties have a full and adequate opportunity to prepare the motions, good cause exists to extend the dispositive motion deadline to April 14, 2023.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

003246-001560 9004944.1

2

4. Although counsel for the Allstate Parties and the Belsky Parties have been diligently working on the motions, additional time is needed due to unanticipated work-related issues and scheduling conflicts.

5. The parties stipulate and agree to extend the deadline for dispositive motions from March 31, 2023 to April 14, 2023.

6. This stipulation is made in good faith and not to delay the proceedings.

Trial has not been scheduled in this matter.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 28th day of March, 2023

FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC

By: /s/ Todd W. Baxter

ERON Z. CANNON
JENNIFER M. SMITROVICH
701 Fifth Avenue, Suite 4750
Seattle, WA 98104

TODD W. BAXTER
McCORMICK, BARSTOW, SHEPPARD, WAYTE, & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

*Attorneys for Plaintiffs/ Counterdefendants*

DATED this 28th day of March, 2023

CAMPBELL & WILLIAMS

By: /s/ Samuel R. Mirkovich

DONALD J. CAMPBELL
J. COLBY WILLIAMS
SAMUEL R. MIRKOVICH
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101

PETER S. CHRISTIANSEN
KENDELEE L. WORKS
710 South Seventh Street, Suite B
Las Vegas, Nevada 89101

*Attorneys for Defendants Counterclaimants*

IT IS SO ORDERED.

DATED: March 28, 2023

UNITED STATES DISTRICT JUDGE

003246-001560 9004944.1                3