1  JONATHAN W. CARLSON
   Nevada Bar No. 10536
2  TODD W. BAXTER
   *Admitted Pro Hac Vice*
3  GREGORY S. MASON
   *Admitted Pro Hac Vice*
4  McCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
5  8337 West Sunset Road, Suite 350
   Las Vegas, Nevada  89113
6  Telephone:     (702) 949-1100
   Facsimile:     (702) 949-1101
7  *jonathan.carlson@mccormickbarstow.com*
   *todd.baxter@mccormickbarstow.com*
8  *greg.mason@mccormickbarstow.com*

9  ERON Z. CANNON
   Nevada Bar No. 8013
10 FAIN ANDERSON VANDERHOEF
   ROSENDAHL O'HALLORAN SPILLANE PLLC
11 701 5th Avenue #4750
   Seattle, Washington  98104
12 Telephone:     (206) 749-0094
   Facsimile:     (206) 749-0194
13 *eron@favros.com*

14 Attorneys for Plaintiffs/Counterdefendants

15            **UNITED STATES DISTRICT COURT**

16              **DISTRICT OF NEVADA**

| | |
|---|---|
| 17  ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, | CASE NO. 2:15-cv-2265-MMD-DJA |
| | **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PARTIES TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT [ECF 518] and [ECF 522]** |
| Plaintiffs, | |
| v. | **[FIRST REQUEST]** |
| MARJORIE BELSKY, MD; MARIO TARQUINO, MD; MARJORIE BELSKY, MD, INC., doing business as INTEGRATED PAIN SPECIALISTS; and MARIO TARQUINO, MD, INC., DOES 1-100, and ROES 101-200, | |
| Defendants. | |
| AND RELATED CLAIMS | |

Plaintiffs and Counterdefendants, ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (hereinafter "Allstate Parties"), and Defendants and Counterclaimants MARJORIE BELSKY, M.D., MARIO TARQUINO, M.D., MARJORIE BELSKY, M.D., INC. d/b/a INTEGRATED PAIN SPECIALISTS, and MARIO TARQUINO, M.D., INC. (hereinafter "Belsky Parties"), by and through their respective attorneys of record, stipulate and agree to extend the May 5, 2023, deadline for all parties to respond to their respective Motions for Summary Judgment filed on April 14, 2023, Allstate Parties [ECF 518] and Belsky Parties [ECF 522], extending the deadline for responses to each motion to June 19, 2023.

1.      The extension is due to work load issues and scheduling conflicts for respective counsel for the Allstate Parties (Todd W. Baxter) and the Belsky Parties (Peter S. Christiansen), and in light of the critical importance of the Belsky Parties' motion as to Allstate's claims herein and the Allstate Parties' motion on the Belsky Parties' counterclaims, an extension of time is necessary to complete work on the motions.

2.      Counsel for Allstate Parties, Mr. Baxter, is preparing a reply to an opposition to Allstate's motions for summary judgment on the Defendants Counterclaims in the case of *Allstate v. Shah* Case No. 2:15-cv-01786-APG-DJA. That reply is due on April 28, 2023. Mr. Baxter also has an appellate opening brief due on April 28, 2023, another opening brief due on May 3, 2023, as well as a third opening brief due on May 13, 2023, in the state Court of Appeal in Fresno, California.

3.      Counsel for the Belsky Parties, Mr. Christiansen, has a trial in May. The case is entitled *State of Nevada v. Durwin Allen*, C-17-323628-1. The case involves two counts of First Degree Murder and one count of Attempted Murder. The trial court will not extend the matter out any further and there is a firm trial setting of May 30, 2023. Because of the number of victims, potential witnesses and physical evidence, as well as the severity of the crimes and potential penalty, the trial requires substantial preparation not only of Mr. Christiansen, but of other lawyers within the firm.

4.      Further, this Court requested that the parties brief the issue of whether this matter is a related case to the *Allstate v. Shah* matter detailed above. That ordered was issued on April 14, 2023 and the parties filed and served their responses on April 21, 2023.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2

Case No. 2:15-cv-2265-MMD-DJA

STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PARTIES TO RESPOND TO PARTIES'
MOTIONS FOR SUMMARY JUDGMENT

5.      There are a number of issues and claimants involved in this case, with extensive discovery having been completed that must be summarized for purposes of responding to the motions that have been filed.  The motion for summary judgment filed by the Belsky Parties contains a 45-page points and authorities, with an extensive amount of exhibits attached thereto that must be reviewed and summarized.  The motions at issue are of critical importance; however, due to the existing work schedule of counsel for both parties, including, but not limited to, substantial appellate briefing in other matters and briefing of a reply to an opposition for summary judgment for Allstate Parties in a separate case, as well as an upcoming trial for Belsky Parties counsel, in order to ensure that the parties have a full and adequate opportunity to respond to the motions [ECF No. 518 and 522], good cause exists to extend the dispositive motion deadline to June 19, 2023.

6.      Although counsel for the Allstate Parties and the Belsky Parties have begun to work on the responses to the respective motions and will diligently work on those oppositions, additional time is needed due to work-related issues and scheduling conflicts.

7.      Thus, the parties stipulate and agree to extend the deadline for dispositive motions from May 5, 2023 to June 19, 2023.

8.      This stipulation is made in good faith and not to delay the proceedings.

Trial has not been scheduled in this matter.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 25th day of April, 2023          DATED this 25th day of April, 2023

FAIN ANDERSON VANDERHOEF          CHRISTIANSEN LAW OFFICES
ROSENDAHL O'HALLORAN
SPILLANE PLLC

By: /s/ Todd W. Baxter _____          By: /s/ Peter S. Christiansen _____

ERON Z. CANNON                              DONALD J. CAMPBELL
JENNIFER M. SMITROVICH                      J. COLBY WILLIAMS
701 Fifth Avenue, Suite 4750                SAMUEL R. MIRKOVICH
Seattle, WA 98104                           710 South Seventh Street, Suite A
                                            Las Vegas, Nevada 89101

///
///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

3          Case No. 2:15-cv-2265-MMD-DJA
STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PARTIES TO RESPOND TO PARTIES'
MOTIONS FOR SUMMARY JUDGMENT

1

TODD W. BAXTER
McCORMICK, BARSTOW,
2
SHEPPARD, WAYTE, &
CARRUTH LLP
3
8337 West Sunset Road,
Suite 350
4
Las Vegas, NV 89113

5
*Attorneys for Plaintiffs/*
*Counterdefendants*
6

7

IT IS SO ORDERED.
8

DATED:   Apri 26, 2023
9

PETER S. CHRISTIANSEN
KENDELEE L. WORKS
710 South Seventh Street, Suite B
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Counterclaimants*

_____

UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4                    Case No. 2:15-cv-2265-MMD-DJA

STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PARTIES TO RESPOND TO PARTIES'
MOTIONS FOR SUMMARY JUDGMENT