JONATHAN W. CARLSON
Nevada Bar No. 10536
TODD W. BAXTER
*Admitted Pro Hac Vice*
GREGORY S. MASON
*Admitted Pro Hac Vice*
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada  89113
Telephone:  (702) 949-1100
Facsimile:  (702) 949-1101
*jonathan.carlson@mccormickbarstow.com*
*todd.baxter@mccormickbarstow.com*
*greg.mason@mccormickbarstow.com*

ERON Z. CANNON
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
701 5th Avenue #4750
Seattle, Washington  98104
Telephone:  (206) 749-0094
Facsimile:  (206) 749-0194
*eron@favros.com*

Attorneys for Plaintiffs/Counterdefendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>   v.<br><br>MARJORIE BELSKY, MD; MARIO TARQUINO, MD; MARJORIE BELSKY, MD, INC., doing business as INTEGRATED PAIN SPECIALISTS; and MARIO TARQUINO, MD, INC., DOES 1-100, and ROES 101-200,<br><br>        Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-2265-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PARTIES TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT [ECF 518] and [ECF 522]**<br><br>**[SECOND REQUEST]** |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

Case No. 2:15-cv-2265-MMD-DJA
STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PARTIES TO RESPOND TO PARTIES'
MOTIONS FOR SUMMARY JUDGMENT

Plaintiffs and Counterdefendants, ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (hereinafter "Allstate Parties"), and Defendants and Counterclaimants MARJORIE BELSKY, M.D., MARIO TARQUINO, M.D., MARJORIE BELSKY, M.D., INC. d/b/a INTEGRATED PAIN SPECIALISTS, and MARIO TARQUINO, M.D., INC. (hereinafter "Belsky Parties"), by and through their respective attorneys of record, stipulate and agree to extend the June 19, 2023, deadline for all parties to respond to their respective Motions for Summary Judgment filed on April 14, 2023, Allstate Parties [ECF 518] and Belsky Parties [ECF 522], extending the deadline for responses to each motion to June 30, 2023.

1. The extension is due to work load issues and scheduling conflicts for counsel for the Allstate Parties (Todd W. Baxter), and in light of the critical importance of the Belsky Parties' motion as to Allstate's claims herein, an extension of time is necessary to complete work on the detailed and complex motion.

2. Counsel for Allstate Parties, Mr. Baxter, is involved in a trial that is now scheduled to move forward on June 13, 2023 through June 16, 2023. In addition, Mr. Baxter just completed a reply to an opposition to Allstate's motions for summary judgment on the Defendants Counterclaims in the case of *Allstate v. Shah* Case No. 2:15-cv-01786-APG-DJA. That reply was filed on May 24, 2023, and Mr. Baxter also just filed an opening brief in an appeal with the Fifth District Court of Appeal, in Fresno California on June 5, 2023. Mr. Baxter has another opening brief due on June 12, 2023.

3. There are a number of issues and claimants involved in this case, with extensive discovery having been completed that must be summarized for purposes of responding to the motions that have been filed. The motion for summary judgment filed by the Belsky Parties contains a 45-page points and authorities, with an extensive amount of exhibits attached thereto that must be reviewed and summarized. The motion at issue is of critical importance; however, due to the existing work schedule of counsel for both parties, including, but not limited to, a trial involving counsel for Allstate, substantial appellate briefing in other matters and briefing of a reply to an opposition for summary judgment for Allstate Parties in a separate case, in order to ensure that

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2   Case No. 2:15-cv-2265-MMD-DJA
STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PARTIES TO RESPOND TO PARTIES' MOTIONS FOR SUMMARY JUDGMENT

1  Allstate has a full and adequate opportunity to respond to the motion [ECF No. 522], good cause
2  exists to extend the response to dispositive motions deadline to June 30, 2023.
3     4.   Thus, the parties stipulate and agree to extend the deadline for the responses to
4  dispositive motions from June 19, 2023 to June 30, 2023. Additional time is not expected to be
5  needed.
6     5.   This stipulation is made in good faith and not to delay the proceedings.
7  Trial has not been scheduled in this matter.
8  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
9  DATED this 6th day of June, 2023         DATED this 6th day of June, 2023

FAIN ANDERSON VANDERHOEF           CHRISTIANSEN LAW OFFICES
ROSENDAHL O'HALLORAN
SPILLANE PLLC

By: /s/ Todd W. Baxter                By: /s/ Peter S. Christiansen

ERON Z. CANNON                        DONALD J. CAMPBELL
JENNIFER M. SMITROVICH                J. COLBY WILLIAMS
701 Fifth Avenue, Suite 4750          SAMUEL R. MIRKOVICH
Seattle, WA 98104                     710 South Seventh Street, Suite A
                                      Las Vegas, Nevada 89101

TODD W. BAXTER                        PETER S. CHRISTIANSEN
McCORMICK, BARSTOW,                   KENDELEE L. WORKS
SHEPPARD, WAYTE, &                    710 South Seventh Street, Suite B
CARRUTH LLP                           Las Vegas, Nevada 89101
8337 West Sunset Road,
Suite 350                             *Attorneys for Defendants
Las Vegas, NV 89113                   Counterclaimants*

*Attorneys for Plaintiffs/
Counterdefendants*


IT IS SO ORDERED.

DATED:   June 8, 2023

_____
UNITED STATES DISTRICT COURT JUDGE

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

3                                Case No. 2:15-cv-2265-MMD-DJA
STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PARTIES TO RESPOND TO PARTIES'
MOTIONS FOR SUMMARY JUDGMENT