JONATHAN W. CARLSON
Nevada Bar No. 10536
TODD W. BAXTER
*Admitted Pro Hac Vice*
GREGORY S. MASON
*Admitted Pro Hac Vice*
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada  89113
Telephone:      (702) 949-1100
Facsimile:      (702) 949-1101
*jonathan.carlson@mccormickbarstow.com*
*todd.baxter@mccormickbarstow.com*
*greg.mason@mccormickbarstow.com*

ERON Z. CANNON
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
701 5ᵗʰ Avenue #4750
Seattle, Washington  98104
Telephone:      (206) 749-0094
Facsimile:      (206) 749-0194
*eron@favros.com*

Attorneys for Plaintiffs/Counterdefendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> MARJORIE BELSKY, MD; MARIO TARQUINO, MD; MARJORIE BELSKY, MD, INC., doing business as INTEGRATED PAIN SPECIALISTS; and MARIO TARQUINO, MD, INC., DOES 1-100, and ROES 101-200, <br><br> Defendants. <br><br> AND RELATED CLAIMS | CASE NO. 2:15-cv-2265-MMD-DJA <br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PARTIES TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT [ECF 518] and [ECF 522] THIRD REQUEST AS TO RESPONSES** |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

Case No. 2:15-cv-2265-MMD-DJA

STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PARTIES TO RESPOND TO PARTIES'
MOTIONS FOR SUMMARY JUDGMENT

1    Plaintiffs and Counterdefendants, ALLSTATE INSURANCE COMPANY, ALLSTATE

2    PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY,

3    and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (hereinafter "Allstate Parties"),

4    and Defendants and Counterclaimants MARJORIE BELSKY, M.D., MARIO TARQUINO, M.D.,

5    MARJORIE BELSKY, M.D., INC. d/b/a INTEGRATED PAIN SPECIALISTS, and MARIO

6    TARQUINO, M.D., INC. (hereinafter "Belsky Parties"), by and through their respective attorneys of

7    record, stipulate and agree to extend the June 30, 2023, deadline for all parties to respond to their

8    respective Motions for Summary Judgment, Allstate Parties [ECF 518] and Belsky Parties [ECF 522],

9    extending the deadline for responses to each motion to July 7, 2023.

10    1.    The extension is due to work load issues and scheduling conflicts for respective

11    counsel for the Allstate Parties (Todd W. Baxter), and in light of the critical importance of the Belsky

12    Parties' motion as to Allstate's claims herein and the Allstate Parties' motion on the Belsky Parties'

13    counterclaims, an extension of time is necessary to complete work on the detailed and complex

14    motions.

15    2.    Counsel for Allstate Parties, Mr. Baxter, is involved in a matter that involves the

16    unexpected preparation and filing of a petition for writ of mandate with the Fifth District Court of

17    Appeal by Friday, June 30, 2023, seeking a stay of a trial that is to begin July 11, 2023.  In addition,

18    and critically for Allstate's response herein, an attorney assisting Mr. Baxter with an important

19    segment of the response has had some unexpected emergency issues come up which has impacted her

20    schedule for finishing her segment, which has impacted the completion of the response.  Mr. Baxter

21    was also involved in a trial on June 14th through the 15th, involving a petition to terminate the

22    guardianship of three Native American girls.  The trial was stopped on the afternoon of June 15th due

23    to the issuance of *Haaland v. Bracken* by the United States Supreme Court, with the trial court seeking

24    briefing regarding the impact the issuance of the matter will have on the guardianship issues.  This

25    was an unexpected event, which has also impact Mr. Baxter's schedule regarding the response herein

26    for purposes of evaluating this decision and the impact in the matter.  Due to the above, Allstate's

27    counsel is seeking a one-week extension to complete all aspects of the complex response, which

28    includes bringing a motion to file an oversized brief and a motion to seal certain documents.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2                    Case No. 2:15-cv-2265-MMD-DJA
STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PARTIES TO RESPOND TO PARTIES'
MOTIONS FOR SUMMARY JUDGMENT

3.     There are a number of issues and claimants involved in this case, with extensive discovery having been completed that must be summarized for purposes of responding to the motions that have been filed.  The motion for summary judgment filed by the Belsky Parties contains a 45-page points and authorities, with an extensive amount of exhibits attached thereto that must be reviewed and summarized.  The motions at issue are of critical importance; however, due to the existing work schedule of counsel for both parties, including, but not limited to, the issues outlined in paragraph 2 above, in order to ensure that the parties have a full and adequate opportunity to respond to the motions [ECF No. 518 and 522], good cause exists to extend the dispositive motion deadline to July 7, 2023.

4.     Thus, the parties stipulate and agree to extend the deadline for the responses to dispositive motions from June 30, 2023 to July 7, 2023.  Additional time is not expected to be needed.

5.     This stipulation is made in good faith and not to delay the proceedings.

Trial has not been scheduled in this matter.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 26th day of June, 2023

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN
SPILLANE PLLC

By: /s/ Todd W. Baxter

ERON Z. CANNON
JENNIFER M. SMITROVICH
701 Fifth Avenue, Suite 4750
Seattle, WA 98104

TODD W. BAXTER
McCORMICK, BARSTOW,
SHEPPARD, WAYTE, &
CARRUTH LLP
8337 West Sunset Road,
Suite 350
Las Vegas, NV 89113

*Attorneys for Plaintiffs/*
*Counterdefendants*

DATED this 26th day of June, 2023

CHRISTIANSEN LAW OFFICES

By: /s/ Samuel R. Mirkovich

DONALD J. CAMPBELL
J. COLBY WILLIAMS
SAMUEL R. MIRKOVICH
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101

PETER S. CHRISTIANSEN
KENDELEE L. WORKS
710 South Seventh Street, Suite B
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Counterclaimants*

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

3

Case No. 2:15-cv-2265-MMD-DJA

STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PARTIES TO RESPOND TO PARTIES'
MOTIONS FOR SUMMARY JUDGMENT

1    IT IS SO ORDERED.

2    DATED: June 26, 2023

                         UNITED STATES DISTRICT COURT JUDGE

3

003246-001560 9192542 1

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4          Case No. 2:15-cv-2265-MMD-DJA

STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PARTIES TO RESPOND TO PARTIES'
MOTIONS FOR SUMMARY JUDGMENT