JONATHAN W. CARLSON
Nevada Bar No. 10536
TODD W. BAXTER
*Admitted Pro Hac Vice*
GREGORY S. MASON
*Admitted Pro Hac Vice*
McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101
*jonathan.carlson@mccormickbarstow.com*
*todd.baxter@mccormickbarstow.com*
*greg.mason@mccormickbarstow.com*

ERON Z. CANNON Nevada Bar No. 8013
JENNIFER M SMITROVICH, *Admitted Pro Hac Vice*
FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC
3131 Elliott Ave. #300
Seattle, WA 98121
Telephone:   (206) 749-0094
Facsimile:    (206) 749-0194
*eron@favros.com*; *jennifer@favros.com*

Attorneys for Plaintiffs/Counterdefendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>MARJORIE BELSKY, MD; MARIO TARQUINO, MD; MARJORIE BELSKY, MD, INC., doing business as INTEGRATED PAIN SPECIALISTS; and MARIO TARQUINO, MD, INC., DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-2265-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PARTIES TO FILE REPLIES TO RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT [ECF 539] and [ECF 547]**<br><br>**FIRST REQUEST** |

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

Case No. 2:15-cv-2265-MMD-DJA
STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PARTIES TO FILE REPLIES TO PARTIES' OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT

Plaintiffs and Counterdefendants, ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (hereinafter "Allstate Parties"), and Defendants and Counterclaimants MARJORIE BELSKY, M.D., MARIO TARQUINO, M.D., MARJORIE BELSKY, M.D., INC. d/b/a INTEGRATED PAIN SPECIALISTS, and MARIO TARQUINO, M.D., INC. (hereinafter "Belsky Parties"), by and through their respective attorneys of record, stipulate and agree to extend the July 21, 2023, deadline for all parties to file replies to the responses [ECF No. 539 (Allstate) and 547 (Belsky Parties) that were filed on July 7, 2023 to their respective Motions for Summary Judgment, Allstate Parties [ECF 518] and Belsky Parties [ECF 522], extending the deadline for relies to the responses to each motion to August 21, 2023.

1. The extension is due to summer vacation schedules, work load issues and scheduling conflicts for respective counsel for both parties, and in light of the critical importance of the Belsky Parties' motion as to Allstate's claims herein and the Allstate Parties' motion on the Belsky Parties' counterclaims, an extension of time is necessary to complete work on the detailed and complex motions.

2. Counsel for Allstate Parties, Mr. Baxter, is involved in a matter where he is preparing a response to a petition for writ of mandate that must be filed with the Fifth District Court of Appeal in Fresno by Monday, July 17, 2023. He also is preparing an opening brief on an appeal that is due July 12, 2023 with the same court. He also has another opening brief on appeal due on July 31, 2023 with the same court. Mr. Baxter will be out on a scheduled vacation from August 1, 2023 through August 11, 2023.

3. There are a number of issues and claimants involved in this case, with extensive discovery having been completed that must be summarized for purposes of responding to the motions that have been filed. The response filed by Allstate to the Belsky's motion for summary judgment contains a 45-page points and authorities, with an extensive amount of exhibits attached thereto that must be reviewed and summarized. The motions at issue are of critical importance; however, due to the existing work schedule of counsel for both parties, including scheduled vacation, including, but not limited to, the issues outlined in paragraph 2 above, in order to ensure that the parties have a full

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

2    Case No. 2:15-cv-2265-MMD-DJA
STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PARTIES TO FILE REPLIES TO PARTIES' OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT

1  and adequate opportunity to prepare relies to the responses to the motions [ECF No. 539 and 547],
2  good cause exists to extend the deadline for filing replies to August 21, 2023.
3       4.   Thus, the parties stipulate and agree to extend the deadline for the replies to responses
4  for the dispositive motions from July 21, 2023 to August 21, 2023. Additional time is not expected to
5  be needed.
6       5.   This stipulation is made in good faith and not to delay the proceedings.
7       Trial has not been scheduled in this matter.
8       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

9  DATED this 11th day of July, 2023                DATED this 11th day of July, 2023

10 FAIN ANDERSON VANDERHOEF                         CHRISTIANSEN LAW OFFICES
   ROSENDAHL O'HALLORAN
11 SPILLANE PLLC

12 By: /s/ Todd W. Baxter                           By: /s/ Samuel R. Mirkovich

13 ERON Z. CANNON                                   DONALD J. CAMPBELL
   JENNIFER M. SMITROVICH                           J. COLBY WILLIAMS
14 701 Fifth Avenue, Suite 4750                     SAMUEL R. MIRKOVICH
   Seattle, WA 98104                                710 South Seventh Street, Suite A
15                                                  Las Vegas, Nevada 89101

16 TODD W. BAXTER                                   PETER S. CHRISTIANSEN
   McCORMICK, BARSTOW,                              KENDELEE L. WORKS
17 SHEPPARD, WAYTE, &                               710 South Seventh Street, Suite B
   CARRUTH LLP                                     Las Vegas, Nevada 89101
18 8337 West Sunset Road,
   Suite 350                                        *Attorneys for Defendants*
19 Las Vegas, NV 89113                              *Counterclaimants*

20 *Attorneys for Plaintiffs/*
   *Counterdefendants*
21

22

23 IT IS SO ORDERED.

24 DATED: July 11, 2023

                                                    _____
25 003246-001560 9215976 1                          UNITED STATES DISTRICT COURT JUDGE