CAMPBELL & WILLIAMS
DONALD J. CAMPBELL (1216)
djc@cwlawlv.com
SAMUEL R. MIRKOVICH (11662)
srm@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendants/Counterclaimants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASAULTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>MARJORIE BELSKY, MD, MARIO TARQUINO, MD, MARJORIE BELSKY, MD, INC. doing business as, INTEGRATED PAIN SPECIALISTS, and MARIO TARQUINO, MD, INC., DOES 1-100 and ROES 101-200.<br><br>Defendants,<br><br>AND RELATED CLAIMS. | Case No.: 2:15-cv-02265-MMD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41(a)(2), Plaintiffs/Counterdefendants Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company and Defendants/Counterclaimants Marjorie Belsky, MD, Mario

Tarquino, MD, Marjorie Belsky, MD, Inc. d/b/a Integrated Pain Specialists, and Mario Tarquino, MD, Inc., by and through their respective counsel of record, hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice with each party to bear their own attorney's fees and costs.

DATED this 17th day of January, 2024.   DATED this 17th day of January, 2024.

CAMPBELL & WILLIAMS   FAIN ANDERSON VANDERFOEF ROSENDAHL O'HALLORAN SPILLANE PLLC

By: /s/ *Samuel R. Mirkovich*   By: /s/ *Todd W. Baxter*
DONALD J. CAMPBELL   TODD W. BAXTER, ESQ.
SAMUEL R. MIRKOVICH, ESQ.   McCORMICK, BARSTOW, SHEPPARD,
710 South Seventh Street, Suite A   WAYTE, & CARRUTH LLP
Las Vegas, Nevada 89101   8337 West Sunset Road, Suite 350
  Las Vegas, Nevada 89113

PETER S. CHRISTIANSEN, ESQ.   ERON Z. CANNON, ESQ.
710 South Seventh Street, Suite B   JENNIFER M. SMITROVICH, ESQ.
Las Vegas, Nevada 89101   701 Fifth Avenue, Suite 4750
  Seattle, Washington 98104

*Attorneys for Defendants/Counterclaimants*   *Attorneys for Plaintiffs/Counterdefendants*

**IT IS SO ORDERED.**

Dated: January 17, 2024

**UNITED STATES DISTRICT JUDGE**